IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 11-cv-01874-RC |
| ONE GULFSTREAM G-V JET AIRCRAFT DISPLAYING TAIL NUMBER VPCES, ITS TOOLS AND APPURTENANCES, | |
| Defendant. | |

**CLAIMANTS' REPLY TO THE GOVERNMENT'S OPPOSITION TO CLAIMANTS' MOTION TO DISMISS COMPLAINT FOR FORFEITURE *IN REM* AND REQUEST FOR A HEARING ON FOREIGN LAW**

**Index of Exhibits**

| Exhibit | Description |
|---|---|
| A | Declaration of Dr. Victoriano Obiang Abogo, April 13, 2012 |
| B | Certified English Translation of the Declaration of Dr. Victoriano Obiang Abogo, April 13, 2012 |
| C | La Constitución de la República de Guinea Ecuatorial |
| D | Certified English Translation of La Constitución de la República de Guinea Ecuatorial |
| E | State's Civil Servants Law No. 2/2005 of May 9, 2005 |
| F | Certified English Translation of State's Civil Servants Law No. 2/2005 of May 9, 2005 |
| G | Equatoguinean Penal Code Declared in Effect by Decree Law 4/1980 of April 3, 1980 |
| H | Certified English Translation of Equatoguinean Penal Code Declared in Effect by Decree Law 4/1980 of April 3, 1980 |
| I | Spanish Penal Code of November 23, 1995 |
| J | Certified English Translation of Spanish Penal Code of November 23, 1995 |
| K | Legal Dictionary Espasa |
| L | Certified English Translation of Legal Dictionary Espasa |