# EXHIBIT C

## La Constitución de la República de Guinea Ecuatorial

**Artículo 1**: Guinea Ecuatorial es un Estado soberano, independiente, republicano, unitario, social y democrático, en el que los valores supremos son la unidad, la paz, la justicia, la libertad y la igualdad.
Se reconoce el pluralismon político.
Su nombre oficial es: **República de Guinea Ecuatorial**

**Artículo 49**: Son Miembros del Gobierno :
   a. El primer Ministro
   b. Los Vice-Primeros Ministros
   c. Los Ministros de Estado
   d. Los Ministros
   e. Los Ministros Delegados
   f. Los vice-Ministros
   g. Los Secretarios de Estado.

**Artículo 50**: Antes de entrar en función, el primer Ministro y los demás Miembros del Gobierno prestan juramento de fidelidad ante el Presidente de la República, a su persona y a esta ley Fundamental.

**Artículo 64**: (Ley Constitucional Núm. 1/1 995, de fecha 17 de Enero).- Las funciones de la Cámara de los representantes del pueblo son las siguientes :
   a. Elegir entre sus Miembros al presidente, Vicepresidentes y la Mesa.
   b. Dictar su propio reglamento;
   c. Aprobar la Ley de presupuesto de Ingresos, gastos e Inversiones del estado. El Estado a través de la ley tributaria, inspirada en los principios básicos de igualdad, generalidad y prosperidad, establece los impuestos, gravámenes y exacciones para-fiscales y las circunstancias especiales que concurren en cada figura impositiva para su liquidación. Todas las personas físicas o jurídicas, nacionales o extranjeras, residentes en la Repúblca de Guinea Ecuatorial tienen la obligación de pagar impuestos por ley.
   d. legislar en materia tributaria, suprimir y crear impuestos y demás gravámenes en casos convenidos.
   e. Legislar sobre pesas y medidas.
   f. Determinar las bases del dercho civil, mercantil, procesal, penal y laboral.
   g. Regular los derechos fundamentales y ias libertades públicas;
   h. Aprobar los tratados de paz, de comercio, los que afectan a la soberanía nacional e integridad territorial y todos los que se refieren a materia de reserva legal y someterlos a la ratificación del Presidente de la República.
   i. Autorizar al Presidente de la República durante el intermedio de las sesiones para dictar decretos-leyes sobre materia de reserva legal ; estos decretos-leyes entrarán en vigor una vez publicados y no podrán ser derogados más que por la Ley. El Gobierno informa a la Cámara de los Representantes del Pueblo el contenido de estos decretos leyes.

j.  Interpelar a los Miembros del Gobierno sobre asuntos de su competencia, y hacerloscomparecer ante la Cámara para que rindan explicaciones sobre su política general o sobre un asunto específico puesto bajo su responsabilidad.
k.  Nombrar en su seno de Comisiones a fin de que investiguen cualquier asunto en el que se halle comprometido el interés público. Estas comisiones tiene libre acceso a todos los Departamentos de la Administración, quedando a salvo los secretos del Estado.
l.  Y cuantas demás atribuciones le confieren las leyes.