# EXHIBIT D



STATE OF NEW YORK       )
                        )
                        )   ss
COUNTY OF NEW YORK      )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached excerpts from the Constitution of the Republic of Equatorial Guinea.

_____
Ann Livingston, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me
this 18th day of April, 20 12.

_____
KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2013

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082
translations@geotext.com  |  www.geotext.com

## The Constitution of the Republic of Equatorial Guinea

**Article 1**: Equatorial Guinea is a sovereign, independent, republican, unitary, social and democratic State; its supreme values are unity, peace, justice, liberty and equality. Political pluralism is recognized.
Its official name is: **Republic of Equatorial Guinea**

**Article 49**: The following are Members of the Government:
   a. The Prime Minister
   b. The Vice Prime Ministers
   c. The Ministers of State
   d. The Ministers
   e. The Deputy Ministers
   f. The Vice Ministers
   g. The Secretaries of State.

**Article 50**: Prior to taking office, the Prime Minister and the other Members of the Government take an oath of allegiance before the President of the Republic, to the President himself and to this Constitution.

**Article 64**: (Constitutional Law No. 1/1 995, of January 17).- The duties of the Chamber of People's Representatives are as follows:
   a. Elect from among its Members the President, Vice Presidents and the Congressional Board.
   b. Promulgate its own regulations;
   c. Approve the State's Revenue, Expenditure and Investment Budget. The State, through the income tax law, inspired by the basic principles of equality, generality and prosperity, sets the taxes, tariffs and para-fiscal levies and the special circumstances for the payment of each form of tax. All natural persons and legal entities, both domestic and foreign, residing in the Republic of Equatorial Guinea have the legal obligation to pay taxes.
   d. Legislate tax matters, abolish and establish taxes and other tariffs in agreed-upon cases.
   e. Legislate on weights and measures.
   f. Determine the bases of civil, commercial, procedural, penal and labor law.
   g. Regulate fundamental rights and public freedoms;
   h. Approve peace and trade treaties, treaties that impact national sovereignty and territorial integrity and all those in reference to matters reserved to the law, and submit them for the ratification of the President of the Republic.
   i. Authorize the President of the Republic to issue, between legislative sessions, decree-laws in matters reserved to the law; said decree-laws shall take effect following publication and cannot be revoked except by Law. The Government

      shall inform the Chamber of People's Representatives of the content of said decree-laws.

j. Question Members of the Government on areas of their responsibility and summon them to appear before the Chamber to provide explanations on their general policies or a specific matter for which they are responsible.

k. Appoint Committees from among its members to investigate any matter of public interest. Said committees shall have free access to all Administrative Departments, with the exception of State secrets.

l. All other duties that may be accorded it by the law.