EXHIBIT E

# LEY DE FUNCIONARIOS CIVILES DEL ESTADO

**Ley Núm. 2/2.005, de fecha 9 de Mayo, sobre Funcionarios Civiles del Estado.-**

LEY DE FUNCIONARIOS CIVILES DEL ESTADO.

TITULO I

DEL PERSONAL DE LA ADMINISTRACIÓN PÚBLICA

CAPÍTULO I: DE LAS DISPOSICIONES GENERALES

Articulo 2.- Quedan excluidos en su ámbito de aplicación:

a) Los Miembros del Gobierno, los Secretarios Generales, los Directores Generales y las personas que por disposición legal o reglamentaria, ejerzan funciones con jerarquía equivalente a los de los anteriores, así como los funcionarios electos por sufragio.
b) Los funcionarios al servicio de la Administración de Justicia, los cuales se regirán por sus disposiciones especiales.
c) Los funcionarios de los Organismos Autónomos, quienes se regirán por sus Estatutos.
d) Los funcionarios de las Corporaciones Locales y entidades menores, los cuales se regirán por sus disposiciones especiales.
e) El Personal Militar, el cual se regirán por sus disposiciones especiales.
f) Los funcionarios que no perciben sueldos o asignaciones con cargo a las consignaciones de personal de los Presupuestos Generales del Estado.

# TITULO IV
# DE LOS FUNCIONARIOS DE CARRERA

## CAPITULO III: DEL INGRESO, SELECCIÓN Y PERFECCIONEMIENTO Y CARRERA ADMINISTRATIVA

### SECCIÓN I: DEL INGRESO Y SELECCIÓN

**Articulo 50.-** 1. Todo aspirante a funcionario deberá acreditar previamente, y de la manera que determinen las convocatorias publicadas los requisitos siguientes:

a) Tener nacionalidad ecuatoguineana.
b) Estar en posesión de la titulación exigida y demostrar idoneidad a través de la superación de las pruebas selectivas que se determinen.
c) Certificado de Antecedentes Penales.
d) Certificado de no padecer enfermedad, defecto físico o aptitud Psiquica que le impida el desarrollo de la actividad funcionaria.

e) Tener cumplido 18 años de edad y no exceder de 50 años.

2. La selección de los funcionarios del Cuerpo General y de los Cuerpos Especiales, será efectuada a través del Ministerio de la Función Pública mediante un Tribunal organizado al efecto.

2