EXHIBIT F



**GEOTEXT**
Translations, Inc.

STATE OF NEW YORK     )
                     )
                     )  ss
                     )
COUNTY OF NEW YORK    )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached excerpts from the State Civil Servants Law.

_[signature]_

Ken Hetzel, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me
this __18th__ day of __April__, 20__12__.

_[signature]_

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2013

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. **tel** 212.631.7432 **fax** 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. **tel** 415.576.9500 **fax** 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom **tel** +44.(0)20.7936.9002 **fax** +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong **tel** +852.2159.9143 **fax** +852.3010.0082
translations@geotext.com  |  www.geotext.com

# STATE CIVIL SERVANTS LAW

Law No. 2/2005, of May 9, on State Civil Servants

STATE CIVIL SERVANTS LAW

TITLE I.

ON PUBLIC ADMINISTRATION PERSONNEL

CHAPTER I: GENERAL PROVISIONS

**Article 2.** - Excluded from its scope are:

a) Members of the Government, General Secretaries, General Directors and persons that, by disposition of the law or rules, perform duties of a level equivalent to those aforementioned, in addition to officials directly elected.
b) Officials serving the Administration of Justice, who shall be governed by their special provisions.
c) Officials of Autonomous Bodies, who shall be governed by their Statutes.
d) Officers of the Local Corporations and smaller entities, who are governed by their special provisions.
e) Military Personnel, who shall be governed by their special provisions.
f) Officials whose salaries or payments do not derive from appropriations allocated for personnel in the State's General Budget.

# TITLE IV
# ON CAREER CIVIL SERVANTS

## CHAPTER III: ADMISSION, SELECTION, DEVELOPMENT, AND ADMINISTRATIVE CAREER

### SECTION I: ADMISSION AND SELECTION

**Article 50.** – Every civil service candidate must have fulfilled, in the manner set forth by the public announcements, the following requirements:

a) Be of Equatorial Guinea nationality.

b) Hold the required degree and demonstrate aptitude by overcoming selective tests as determined.

c) Criminal Record Certificate.

d) Certification that candidate does not suffer from a disease or physical or mental defect that could hinder the performance of civil service functions.

e) Be 18 years old and not more than 50 years of age.

2. The selection of civil servants for the General and Special Administrations will be carried out through the Ministry of Public Administration by a Board organized for this purpose.

2