# EXHIBIT G

# Equatoguinean Law – Penal Code

**The Equatoguinean Penal Code, declared in effect by
the Decree-Law nº4/1980 dated April 3rd of 1980 and published in 2005:**

---

TITULO VI
Disposiciones generales

**Art. 119.** A los efectos penales, se reputará Autoridad al que por sí solo o como individuo de alguna Corporación o Tribunal tuviere mando o ejerciere jursidicción propia.
Se reputarán también Autoridades los funcionarios del Ministerio fiscal.
Se considerará funcionario público todo el que por disposición inmediata de la Ley, o por elección, o por nombramiento de Autoridad competente, participe del ejercicio de funciones públicas.


TITULO II
Delitos contra la seguridad interior del Estado
CAPITULO II
De los delitos cometidos con ocasión del ejercicio de los derechos de la persona reconocidos por las Leyes

**Art. 200.** El Ministro que mandare pagar un impuesto no autorizado por las leyes, sera castigado con la pena de inhabilitación absoluta y multa de 10.000 a 500.000 pesetas.