# EXHIBIT H



STATE OF NEW YORK        )
                         )
                         )      ss
                         )
COUNTY OF NEW YORK       )


### CERTIFICATION


This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached excerpts from the Equatoguinean Law – Penal Code.


_____
Ken Hetzel, Project Manager
Geotext Translations, Inc.



Sworn to and subscribed before me
this _18th_ day of _April_, 20_12_.

_____
KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2013

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A.  tel 212.631.7432  fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A.  tel 415.576.9500  fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom  tel +44.(0)20.7936.9002  fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong  tel +852.2159.9143  fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

# Equatoguinean Law – Penal Code

## The Equatoguinean Penal Code, declared in effect by the Decree-Law no. 4/1980 dated April 3rd of 1980 and published in 2005:

### TITLE VI
### General Provisions

**Art. 119.** For criminal purposes, he who, on his own behalf or as a member of any Corporation or Court, has command of or exercises jurisdiction will be recognized as an Authority.

The officers of the Public Prosecutor's Office will also be recognized as Authorities.

Anyone who by immediate provision of the Law, or by election or appointment by a competent Authority, participates in the exercise of public duties will be considered a civil servant.

### TITLE II
### Crimes against National Security
### CHAPTER II
### Crimes committed in the exercise an individual's personal legal rights

**Art. 200.** The Minister who orders payment of a tax that is not authorized by law shall be punished with total disqualification and a fine of 10,000 to 500,000 pesetas.