# EXHIBIT I

# Spanish Law – Penal Code

## The Spanish Penal Code dated November 23rd 1995:

Artículo 243.

El que, con ánimo de lucro, obligare a otro, con violencia o intimidación, a realizar u omitir un acto o negocio jurídico en perjuicio de su patrimonio o del de un tercero,

será castigado con la pena de prisión de uno a cinco años, sin perjuicio de las que pudieran imponerse por los actos de violencia física realizados.

Artículo 419.

La autoridad o funcionario público que, en provecho propio o de un tercero, solicitare o recibiere, por sí o por persona interpuesta, dádiva o presente o aceptare ofrecimiento o promesa para realizar en el ejercicio de su cargo una acción u omisión constitutivas de delito, incurrirá en la pena de prisión de dos a seis años, multa del tanto al triplo del valor de la dádiva e inhabilitación especial para empleo o cargo público por tiempo de siete a doce años, sin perjuicio de la pena correspondiente al delito cometido en razón de la dádiva o promesa.

Artículo 420.

La autoridad o funcionario público que, en provecho propio o de un tercero, solicite o reciba, por sí o por persona interpuesta, dádiva o promesa por ejecutar un acto injusto relativo al ejercicio de su cargo que no constituya delito, y lo ejecute, incurrirá en la pena de prisión de uno a cuatro años e inhabilitación especial para empleo o cargo público por tiempo de seis a nueve años, y de prisión de uno a dos años e inhabilitación especial para empleo o cargo público por tiempo de tres a seis años, si no llegara a ejecutarlo. En ambos casos se impondrá, además, la multa del tanto al triplo del valor de la dádiva.

Artículo 426.

La autoridad o funcionario público que admitiere dádiva o regalo que le fueren ofrecidos en consideración a su función o para la consecución de un acto no prohibido legalmente, incurrirá en la pena de multa de tres a seis meses.

Artículo 441.

La autoridad o funcionario público que, fuera de los casos admitidos en las Leyes o Reglamentos, realizare, por sí o por persona interpuesta, una actividad profesional o de asesoramiento permanente o accidental, bajo la dependencia o al servicio de entidades privadas o de particulares, en asunto en que deba intervenir o haya intervenido por razón de su cargo, o en los que se tramiten, informen o resuelvan en la oficina o centro directivo en que estuviere destinado o del que dependa, incurrirá en las penas de multa de seis a doce meses, y suspensión de empleo o cargo público por tiempo de uno a tres años.

Artículo 541.

La autoridad o funcionario público que expropie a una persona de sus bienes fuera de los casos permitidos y sin cumplir los requisitos legales, incurrirá en las penas de inhabilitación especial para empleo o cargo público de uno a cuatro años y multa de seis a doce meses.