EXHIBIT J

EXHIBIT J



STATE OF NEW YORK        )
                         )
                         )    ss
                         )
COUNTY OF NEW YORK       )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached excerpts from the Spanish Law – Penal Code.

Ken Hetzel, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me this __18th__ day of __April__, 20__12__.

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2013

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A.  tel 212.631.7432  fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A.  tel 415.576.9500  fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom  tel +44.(0)20.7936.9002  fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong  tel +852.2159.9143  fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

# Spanish Law – Penal Code

## The Spanish Penal Code dated November 23, 1995:

Article 243.

Whoever, for profit, forces another, by means of violence or intimidation, to carry out or omit an act or legal transaction to the detriment of his own wealth or that of a third party,

shall be punished with a sentence of imprisonment from one to five years, without prejudice to the punishment that might be imposed for the acts of physical violence perpetrated.

Article 419.

The Authority or civil servant who for his benefit or that of a third person, solicits or receives, directly or through an intermediary, a gift or present, or accepts an offer or a promise to carry out an action or omission in the exercise of his position which constitutes an offense, will be punished by a sentence of imprisonment from two to six years, a fine of three times the value of the gift, and special disqualification from public employment or office for a term of seven to twelve years, without prejudice to the punishment corresponding to the crime committed by reason of the gift or promise.

Article 420.

The Authority or civil servant who for his benefit or that of a third person, solicits or receives, directly or through an intermediary, a gift or a present, or accepts an offer or a promise to carry out a wrongful act associated with the exercise of his position which does not constitute an offense, and who carries out such act, will be punished by imprisonment of one to four years and special disqualification from public employment or office for a term of six to nine years, and a sentence of imprisonment of one to two years and special disqualification from public employment or office for a term of three to six years if the act is never carried out. In both cases, in addition, a fine of three times the value of the gift shall be imposed.

Article 426.

The Authority or civil servant who accepts a gift or present offered to him in consideration of his position or to perform an act not prohibited by law, shall be punished with a fine for three to six months.

2

Article 441.

The Authority or civil servant who, outside the cases allowed by the Laws or Regulations, personally or through an intermediary, carries out a professional or advisory activity permanent or occasional under or in the service of private entities or individuals, in matters in which he must intervene or has intervened in due to his office, or in those that are processed, reported or resolved at the office or management center where he is assigned or to which he reports, shall incur the punishment of a fine from six to twelve months, and suspension from public employment or office for a term from one to three years.

Article 541.

The Authority or civil servant who expropriates the assets of a person other than in permitted cases and without meeting the applicable legal requisites, shall be punished by special disqualifications from public employment or office of one to four years and a fine from six to twelve months.