# EXHIBIT K

# Diccionario Jurídico Espasa
## Carolina Reoyo eda., Espasa Calpe, S.A. 2005 (2001)

---

**funcionarios.** *(D. A.)*

Los funcionarios de la Administración son aquellas personas incorporadas a la misa por una relación de servicios profesionales y retribuidos, regulada por el Derecho Administrativo. En cuanto a la naturaleza jurídica de la relación entre el funcionario y la Administración, se ha seguido la siguiente evolución:

— En el Estado absoluto el «funcionario» se encontraba en un Estado de sumisión total.

— Al surgir el Estado de Derecho se abre paso la idea de que se trata de un contrato privado.

— A finales del siglo XIX madura el Derecho Administrativo y, en consecuencia, la relación entre funcionario y Administración se considera un contrato administrativo, un contrato de función pública.

— Actualmente se considera que el funcionario se encuentra en una situación legal y reglamentaria, y si se quiere así, estatutaria. Se habla así del Estatuto del funcionario.

El art. 103 C.E. dispone que «la Ley regulará el acceso a la función pública de acuerdo con los principios de mérito y capacidad, las peculiaridades del ejercicio de su derecho a sindicación, el sistema de incompatibilidades y las garantías de imparcialidad en el ejercicio de sus funciones».

El régimen de los funcionarios públicos se encuentra recogido en numerosas normas, de las cuales interesas destacar las siguientes:

— Ley de funcionarios civiles del Estado, de 7 de febrero de 1964.

— Ley 30/84, de 2 de agosto, de reforma de la función pública.

— Ley 53/84, de 26 de diciembre, de incompatibilidades del personal al servicio de la Administración del Estado.

— Ley de clases pasivas.

— Y los Reglamentos de ingreso del personal al servicio de la Administración del Estado; de régimen disciplinario; de provisión de puestos de trabajo y promoción profesional, y de situaciones administrativas.