# EXHIBIT L



STATE OF NEW YORK   )
                    )
                    )   ss
COUNTY OF NEW YORK  )

## CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the attached definition from Espasa Legal Dictionary.

Ann Livingston, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me this  10th  day of  April , 20 12 .

KRISTEN DUFFY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DU6121852
Qualified in Queens County
My Commission Expires January 31, 2013

New York  259 West 30th Street, 17th Floor, New York, NY 10001, U.S.A. tel 212.631.7432 fax 212.631.7778
San Francisco  220 Montgomery Street, 3rd Floor, San Francisco, CA 94104, U.S.A. tel 415.576.9500 fax 415.520.0525
London  107-111 Fleet Street, London EC4A 2AB, United Kingdom tel +44.(0)20.7936.9002 fax +44.(0)20.7990.9909
Hong Kong  20th Floor, Central Tower, 28 Queen's Road, Central, Hong Kong tel +852.2159.9143 fax +852.3010.0082
translations@geotext.com  |  www.geotext.com

# Espasa Legal Dictionary
## Carolina Reoyo ed., Espasa Calpe, S.A. 2005 (2001)

---

**officials.** *(D.A.)*

The officials of the Administration are persons that have been incorporated into it by a relationship of professional and paid services, regulated under Administrative Law. The following progression has been noted with regard to the legal nature of the relationship between officials and the Administration:

—Under the Absolute Monarchy, the "official" was subjected to a State of complete submission.

—The emergence of the Rule of Law paved the way for the idea of the relationship as a private contract.

—By the end of the 19th century, Administrative Law had come into its own and, accordingly, the relationship between officials and the Administration was viewed as an administrative contract, a contract of public duty.

—Today the official finds him/herself in a legal and regulatory situation, a statutory situation, if you will. The Statute on Public Officials is referenced in this way.

Article 103 of the Spanish Constitution provides that "the Law shall regulate entry into public service based on the principles of merit and ability, the specific characteristics of exercising the right to unionize, the system of incompatibility and guarantees of impartiality in the performance of duties."

The regime for public officials is included in several regulations, the following being of particular interest:

—Law of State Civil Servants of February 7, 1964.

—Law 30/84 of August 2, concerning reforms to the public service.

—Law 53/84 of December 26, on incompatibility of personnel serving the State Administration.

—Law of civil service pensions.

—And Regulations concerning the entry of personnel into service in the State's Administration; the disciplinary regime; provision of jobs and professional advancement; and administrative situations.