UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>ONE GULFSTREAM G-V JET AIRCRAFT DISPLAYING TAIL NUMBER VPCES, ITS TOOLS AND APPURTENANCES,<br><br>      Defendant. | CASE NO. 11-cv-01874-RC<br><br>**DECLARATION OF BRIAN M. WHEELER IN SUPPORT OF MOTION TO DISMISS VERIFIED FIRST AMENDED COMPLAINT FOR FORFEITURE IN REM** |

## DECLARATION OF BRIAN M. WHEELER

1. I am a member of the bar of the State of California and was recently admitted *pro hac vice* before this Court in this matter. I am an associate at Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Claimants Vice President Teodoro Nguema Obiang Mangue and Ebony Shine International Ltd. in the above captioned matter, Case No. 11-cv-01874-RC. I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently hereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of Jose Olo Obono, and a certified English translation thereof, attesting that copies of documents that are kept in the official records of the courts and tribunals of the Republic of Equatorial Guinea are officially proven to be true and correct copies by notarization.

3. Attached hereto as Exhibit 2 is a notarized copy of the Ordinary Small Claims Proceedings no. 23/98, as obtained from Equatorial Guinea, and a certified English translation thereof.

4. Attached hereto as Exhibit 3 is a notarized copy of the Military Court Order regarding the conviction and sentencing of participants in a thwarted coup d'état, as obtained from Equatorial Guinea, and a certified English translation thereof.

5. Attached hereto as Exhibit 4 is a true and correct copy of the document bearing Bates No. DOJ_0000590-592, as produced by the United States.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Order entered by the District Court for the Central District of California Granting Claimants' Motion to Dismiss First Amended Complaint in <u>United States v. One White Crystal Covered Bad Tour Glove</u>, cv-11-3582-GW, ECF Doc. No. 47, dated April 12, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Final Ruling entered by the District Court for the Central District of California Granting Claimants' Motion for Partial Summary Judgment On The Issue of Probable Cause in <u>United States v. One White Crystal Covered Bad Tour Glove</u>, cv-11-3582-GW, ECF Doc. No. 105, dated August 20, 2013.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Order adopted by the District Court for the Central District of California Granting Claimants' Motion for Partial Summary Judgment On The Issue of Probable Cause in <u>United States v. One White Crystal Covered Bad Tour Glove</u>, cv-11-3582-GW, ECF Doc. No. 98, dated June 20, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Order adopted by the District Court for the Central District of California Granting Claimants' Motion for Partial Summary Judgment On The Issue of Probable Cause in <u>United States v. One White Crystal Covered Bad Tour Glove</u>, cv-11-3582-GW, ECF Doc. No. 104, dated August 19, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 4, 2013, at Los Angeles, California.

Brian M. Wheeler (*admitted pro hac vice*)
brianwheeler@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Attorneys for Claimants