## DECLARACION DE JOSE OLO OBONO

1.   Yo, Jose Olo Obono, hago esta declaracion basado en mi conocimiento personal y como profesional de derecho. Si fuera necesario, yo estaría dispuesto a dar testimonio sobre los hechos y datos aquí mencionados.

2.   Yo soy abogado de libre ejercicio de la abogacía en la Republica de Guinea Equatorial. Estoy familiarizado con la manera en la cual se admiten y se guardan documentos en los archivos oficiales de los tribunales de la Republica de Guinea Equatorial. Ademas puedo asegurar que los documentos que se admiten y se guardan en los archivos oficiales de los tribunales de la Republica de Guinea Equatorial se verifican como copias fieles y exactas de los originales de tales documentos. La prueba de que las copias de los originales de tales documentos sean fieles y exactas es por autorizacion y sello oficial de notario.

Debidamente enterado de las penas que incurren los que declaran con falsedad bajo las leyes de los Estados Unidos de America, hago saber que lo que acabo de manifestar es verdadero y cierto. A 17 de julio de 2012, en la ciudad de Malabo, Republica de Guinea Equatorial.



JOSE OLO OBONO
ABOGADO
COLEGIADO Nº 23

Exhibit 1
Page 4


TRANSPERFECT

## CERTIFICATE OF ACCURACY

I, Robert Richardson, of TransPerfect, Inc. do hereby declare that the following are to the best of my knowledge and belief, a true and accurate translation, within the given parameters, of the document "Declaration of Jose Olo Obono" translated from Spanish into English.

A copy of the final translation is attached.

I so declare under penalty of perjury under the laws of the United States on this 18th day of July, 2012.

_____
Robert Richardson
TransPerfect Translations, Inc.

Sworn before me this
18th of July, 2012

_____
Signature, Notary Public

CASEY WARNER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01WA6255670
Qualified in New York County
My Commission Expires February 06, 2016

_____
Stamp, Notary Public

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 75 CITIES WORLDWIDE

Exhibit 1
Page 5

## DECLARATION OF JOSE OLO OBONO

1. I, José Olo Obono, make this declaration based on my personal knowledge and as a legal professional. If necessary, I am willing to testify to the facts and data mentioned herein.

2. I am an attorney who freely practices law in the Republic of Equatorial Guinea. I am familiar with the manner in which documents are admitted to, and stored in, the official archives of the courts of the Republic of Equatorial Guinea. Furthermore, I can guarantee that the documents that are admitted and stored in the official archives of the courts of the Republic of Equatorial Guinea are verified as being true and faithful copies of the originals of such documents. The proof that the copies of the originals of such documents are true and faithful is through a notary's authorization and official seal.

Duly informed of the penalties incurred by those who commit perjury under the laws of the United States of America, I make it known that what I have just stated is true and certain. On July 17, 2012, in the city of Malabo, Republic of Equatorial Guinea.

                                                 [stamp:] JOSE OLO OBONO
                                                                 ATTORNEY
                                                                 MEMBER NO. 25

                                                                       [signature]

Exhibit 1
Page 6