S E N T E N C I A :

PRESIDENTE:

General de Brigada DON SANTIAGO MAURO NGUEMA

VOCAL PONENTE:

Capitán de Navío    DON VICENTE EYA OLOMO

VOCALES:

Capitán de Navío    DON ROBERTO MBA NDONG

Coronel             DON RAFAEL MBA ESENGUI

Coronel             DON BENITO ALOGO ASUMU

En la ciudad de Bata, a veintitrés días del mes de Febrero de dosmil cuatro.- - - - - - - -

Reunido el Tribunal Militar, para ver y fallar la Causa Sumarísima número - 1/2.004, procedente del -

Juzgado Militar Eventual, contra los procesados CIPRIANO NGUEMA MBA, Ex-Teniente Coronel de las Fuerzas Terrestres; GERMAN PEDRO TOMO (a) MAYO, Parlamentario de la Cámara de los Representantes del Pueblo; MARCELINO MBA -- OVONO (a) DJUDJU; CELSO MBA ESONO, Ex-Cabo de la Policía Nacional; LUIS /- NTUTUMU OBIANG (a) BERNY, de cuarenta y seis años de edad, de estado casado, hijo de Luis Obiang Ntutumu y de Susana Obono Esono, natural de Engong Oyek, del distrito de Akonibe de la provincia de Wele Nzas, de profesión - Comerciente con domicilio actualmente en el barrio de Mbangan de esta plaza de Bata; SALVADOR ONDO NGUEMA, de veinticinco años de edad, soltero, hijo de José Nguema y de Teresa Bela, natural de Esongosí Ncodjeiñ del distrito de Mongomo de la provincia de Wele Nzas, ex-Alférez de las Fuerzas Terrestres; JUAN NDONG MBA (a) TOHOTO, de trinta y dos años de edad, de estado - casado, hijo de Ramón Mba Ndong y de Gertrudis Ayene, natural de Esongosí Ncodjeiñ del distrito de Mongomo de la provincia de Wele Nzas, ex-Teniente de la Gendarmería Nacional; DANIEL MBA ONDO; de curenta y tres años de - edad, de estado casado, hijo de Luis Ondo y de Luisa Mibuy, natural de -- Aconekieñ Esawong del distrito de Mongomo de la provincia de Wele Nzas, - Ex-Capitán de las Fuerzas Terrestres; GERMAN MBA MBA, de veintiocho años de edad, de estado casado, hijo de Ramón Mba y de Gertrudis Ayene, natural de Esongosí Ncodjeiñ del distrito de Mongomo, ex-Cabo de la Policía Nacional; DIOSDADO NCOGO ASUMU, de treinta y nueve años de edad, de estado casado, hijo de Juan Asumu Sima y de Delfina Abaga, natural de Esongosí Ncodjeiñ del distrito de Mongomo de la provincia de Wele Nzas, ex-Cabo de la Policía Nacional; DANIEL OBAMA OBIANG (a) OKAN, de treinta y siete años - de edad, de estado casado, hijo de Obiang Ngomo y de María Abaga, natural de Akoacam Esengui del distrito de Mongomo de la provincia de Wele Nzas, ex-Alférez de la Policía Nacional; DIEGO ECUA OBIANG, de veintitres años de edad, de estado casado, hijo de Bonifacio Obiang Sima y de Consuelo -- Nchama, natural de Esongosí Ncodjeiñ del distrito de Mongomo de la provincia de Wele Nzas, ex-Cabo de las Fuerzas Navales; FELICIANO MIKO BIBANG, de cincuenta y cuatro años de edad, de estado casado, natural de Mebam ---

./.

Exhibit 3
Page 16

-2-

Yevam, del distrito de Mongomo de la provincia de Wele Nzas, Alférez Re-
tirado de las Fuerzas Terrestres; ALFONSO MILAM NGUEMA, de cincuenta y -
un años de edad, casado, hijo de Antonio Nguema y de Teodora Efua, natural
de Nyamayong Esawong del distrito de Mongomo de la provincia de Wele Nzas,
ex-Alférez de las Fuerzas Terrestres; FERNANDO OBAMA NSUE, de treinta años
de edad, soltero, hijo de Nicanol Nsue y de Ededegue, natural de Ocas Esong
del distrito de Mongomo de la provincia de Wele Nzas, ex-Soldado de las —
Fuerzas Terrestres; MIGUEL AGU MESIE, de veintisiete años de edad, casado,
hijo de Miguel Mesie y de Juanita Eyang Ndong, natural de Acamasí Obuk del
distrito de Akonibe de la provincia de Wele Nzas, ex-Soldado de las Fuer-
zas Terrestres; BENJAMIN MARIA MBA, de treinta y siete años de edad, casa-
do, hijo de Acacio Nguema y de Juanita Eyenga, natural de Bibás Ncodjeiñ -
del distrito de Mongomo de la provincia de Wele Nzas, ex-Sargento de las -
Fuerzas Terrestres; MARCELINO ONA NTUTUMU OBONO, de veinticinco años de —
edad, casado, hijo de Alberto Ntutumu y de Inmaculada Obono, natural de —
Esongosí Ncodjeiñ del distrito de Mongomo de la provincia de Wele Nzas, —
ex-Soldado de las Fuerzas Terrestres; FELIPE NDONG MIA, de cuarenta y un -
años de edad, casado, hijo de Felipe Ndong y de Anastasia Miaha, natural -
Eruat Yefem, del distrito de Kogo de la provincia del Litoral, ex-Brigada
Jefe de las Fuerzas Terrestres; FRANCISCO EDU MICHA, de treinta y cinco —
años de edad, casado, hijo de Marcelino Micha y de Filomena Efua, natural
de Nsangayong Esengui del distrito de Mongomo de la provincia de Wele Nzas
Conductor con residencia en el barrio de Acacio Meñe de esta capital del Li
toral; REGINALDO ONDO NGUEMA, de veintidos años de edad, soltero, hijo de
Samuel Nguema y de Purita Abang, natural de Esongosí Ncodjeiñ del distrito
de Mongomo de la provincia de Wele Nzas, Marinero de Segunda de las Fuer-
zas Navales; JOSE ANTONIO MBA NGUEMA (a) PAPI, de veinte años de edad, ca-
sado, hijo de Cipriano Nguema y de Candida Oyana, natural de Esongosí Nco-
djeiñ del distrito de Mongomo de la provincia de Wele Nzas, ex-Cabo de las
Fuerzas Terrestres; FELIX NSUE MBA (a) NENIN, de veintisiete años de edad,
casado, hijo de Felix Mba y de Bibiana Obono, natural de Asokmedjeñ Yebi-
vaiñ del distrito de Mongomo de la provincia de Wele Nzas, ex-Cabo de la
Policía Nacional; EMILIO NDONG NGUEMA OBONO, de veinticuatro años de edad,
soltero, hijo de Daniel Ondo y de Gloria Okino, natural de Necak Obuk del
distrito de Mongomo de la provincia de Wele Nzas, ex-Recluta de la Acade-
mia Militar de Eñúku; EMILIO NDONG NGUEMA OYANA, de diecinueve años de —
edad, soltero, hijo de Emiliano Ndong y de Cándida Oyana, natural de Esongo-
sí Ncodjeiñ del distrito de Mongomo de la provincia de Wele Nzas, ex-Re-
cluta de la Academia Militar de Eñúku; JESUS TOMAS ABESO ANDEME, de trein
ta y cuatro años de edad, casado, hijo de Jesús Maria Abeso y de Verónica
Andeme, natural de Oveng Okas del distrito de Mongomo de la provincia de

..//..

Exhibit 3
Page 17

-3-

Wele Nzas, Ex-Agente de Primera de la Policia Nacional, FELIX NTUTUMU ABE-
SO EYANG, de treinta y siete años de edad, casado, hijo de Sixto Abeso y
de Monserrat Eyang, natural de Etom Onvang del distrito de Mongomo de la
provincia de Wele Nzas, Ex-soldado de las Fuerzas Terrestres; MARIA NIEVES
AVOMO ABAGA, de veintisieis años de edad, soltera, hija de Jesus Abaga Nsue
y de Meria Avomo, natural de Esongosí Ncodjeiñ del distrito de Mongomo pro-
vincia de Wele Nzas, Ex-soldada de las Fuerzas Terrestres; JUAN MBA NGUEMA,
de veinticuatro años de edad, casado, hijo de Samuel Nguema y de Guadalu-
pe Angué, natural de Esongosió Ncodjeiñ del distrito de Mongomo, provincia
de Wele Nzas, Ex-recluta de la Academia Militar de Ekuku; AFRODISIO MBA
NDONG, de cuarentiuno años de edad, casado, hijo de Agustín Mba y de Pi--
lar Oyema, natural de Ncum Oyek del distrito de Mongomo de la provincia
de Wele Nzas, Ex-Brigada de las Fuerzas Terrestres; ESTANISLAO MICHA NGUE-
MA, de cuarenticinco años de edad, casado, hijo de Julian Nguema y de Tere-
sa Bilogo, natural de Engong Cyek del distrito de Aconibe de la provincia
de Wele Nzas, comerciente con residencia actual en esta plaza de Bata Lito-
ral; ANTONIO OBAMA BIYOGO, de treinta y tres años de edad, casado, hijo de
Eugenio Biyogo y de Cesilia Nsang, natural de Engong, Esansop del distrito
de Aconibe, provincia de Wele Nzas, Ex-Alferez de Fragata de las Fuerzas
Navales; ANTONIO NDONG ONDO, de veintitres años de edad, casado, hijo de
Acacio Ondo Abesó y de Apolonia Bindang, natural de Mecak Obuk del distri-
to de Mongomo, provincia de Wele Nzas, Cabo de las Fuerzas Terrestres; /-
FAUSTINO ELA OBIANG (a) VAMPIRO, de cincuenta años de edad, casado, hijo d
de Juan Obiang Miki, y de Francisca Oyana, natural de Engong Oyek del dis-
trito de Aconibe, provincia de Wele Nzas, funcionario del Gobierno como
Inspector Jefe de Administreción y Consejo de Cargadores del Puerto de Ba-
ta; FLORENCIO ONDO MENGUE, de treintiocho años de edad, Casado, hijo de
Luis Ondo y de Flora Mengué, natural de Aconekieñ Esaguong del distrito de
Mongomo, provincia de Wele Nzas, Ex-militar como Agente de Primera de la
Policia Nacional; DANIEL MBA NCOGO, de veintinueve años de edad, soltero
hijo de Mariano Ncogo, y de Maria Angeme, natural de Olumtén Okas del dis-
trito de Mongomo, provincia de Wele zas, Ex-soldado de las Fuerzas Te--
rrestres; JUAN NGUA ECORO, de veinte años de edad, Soltero, hijo de Alfon-
so Ecoro y de Maria Cármen Oye, natural de EcoMong, Ansok del distrito de
Bata, provincia del Litoral, Ex-soldado de las uerzas Terrestres; WENCES-
LAO OVONO OBAMA (a) CHACHA, de treinta y cinco años de edad, Casado, hijo
de Cristobal Obama Ncogo, y de Gloria Abeme Meñana, natural de Ovengasí,
Esangui del distrito de Mongomo, provincia de Wele Nzas, de profesión Co-
merciente; ANGEL OBAMA ESONO (a) OBUN, de treinta años de edad, Casado, -
hijo de Bonifacio Esono y de Anastasia ifumu, natural de Esongosí Ncodjei
del distrito de Mongomo provincia de Wele Nzas, sin ocupación;

....//....

Exhibit 3
Page 18

ANDRES PEDRO EDU EDU, de treintiocho años de edad, Casado, hijo de Andres
Edú y de Delfina Nchama, natural do Engong Oyeng del distrito de Aconibe
de la provincia de Wele Nzas, Ex-Brigada de la olicia Nacional; FLOREN--
CIO ESONO MBA, de treintiocho años de edad, casado, hijo de Ramón Mba y
de Cristina Obono, natural de Esongosí Ncodjeñi del distrito de Mongomo
de la provincia de Wele Nzas, Ex-soldado de las Fuerzas Aereas; IGNACIO
NOTOGO NDONG, de treintiun años de edad, casado, hijo de Pascual Ondo y
de Beatris Ayetebe, natural de Esongosí Ncodjeñi del distrito de Mongomo,
de la provincia de Wele Nzas, Ex-Gendarme de Primera; WENCESLAO MBA NDONG,
de veintisiete años de edad, soltero, hijo de Braulio Ndong y de Regina -
Mengue natural de Abam Yebecon del distrito de Añisok, de la provincia de
Wele Nzas, sin ocupación; ALBERTO MICHA MBA (a) ANDEKE, de treinta años -
de edad, casado, hijo de Felipe Mba y de Bibiana Obono, natural de Asok-
medjim Yebivaiñ, del distrito de Mongomo de la provincia de Wele Nzas, -
Inspector Forestal, con destino en el proyecto Ecofak; POLICARPO MONSUY
MBA, de sesenta años de edad, casado, hijo de Lucas Mba y de Veronica, -
natural de Ntoayop Esengui, del distrito de Nsork, de la provincia de We
le Nzas, Comandante Retirado de las Fuerzas Terrestres; INOCENCIO NGOMO
ONDO, de cincuenta y un años de edad, casado, hijo de Domingo Ondo y de
Benita Obono, natural de Aconkam Esengui del distrito de Mongomo de la -
provincia de Wele Nzas, Contralmirante de las Fuerzas Navales; JESUS NVO
NO NGOMO, de cuarenta y seis de edad, casado, hijo de Valentín Nyono y -
de Marta Ekua, natural de Acoacam Esengui del distrito de Mongomo de la
provincia de Wele Nzas, Teniente Coronel de la Policía Nacional; PANCRA-
GIO NGUEMA EKUA, de cuarenta y cuatro años de edad, casado, hijo de Euse-
bio Ekua y de Consuelo Efiri, natural de Alum Esawong, del distrito de -
Mongomo de la provincia de Wele Nzas; Coronel de las Fuerzas Terrestres;
FRANCISCO MBA MENDAMA (a) EFUPULE, de cuarenta y siete años de edad, casa
do, hijo de Agustín Mendama y de Teresa Mengue, natural de Ayene Esabok,
del distrito de Micomiseng, Teniente Coronel de las Fuerzas Aéreas; ANTO-
NIO FERNANDO NVE NGU, de cincuenta y seis años de edad, casado, hijo de -
Fernando y de Luisa, natural de Akonibe Obuk, del mismo distrito, de la -
provincia de Wele Nzas, Ministro de Estado de Educación y Ciencia; TADEO
ABONA ONDO, de veintisiete años de edad, casado, hijo de Guillermo Ondo y
de Cristina Eyenga, natural de Esongosí Ncodjeñi delldistrito de Mongomo
de la provincia de Wele Nzas, ex-Soldado de las Fuerzas Terrestres; ELIAS
OVONO NGUEMA, de cuarenta y dos años de edad, casado, hijo de Fernando y
de Adela Nfono, natural de Mesama Esabaiñ, del distrito de Ebebiyín de -
la provincia de Kie Ntem, Parlamentario de la Cámara de los Representan-
tes del Pueblo; ANGEL NDONG ANDEME, de cuarenta y dos años de edad, casa-
do, hijo de Daniel Ndong y de María Andeme, natural de Nguini Onvang del

...///...

Exhibit 3
Page 19

distrito de Ebebiyín de la provincia de Kie Ntem, Economista con desti-
no en el Banco BEAC. de esta capital del Litoral; LUCIANO ONDO BITEGUE
(a) PUNTY, de treinta y dos años de edad, casado, hijo de Luciano Bite
gue y de Sinforosa Bindang, natural de Abama Yebivain del distrito de
Nsork, de la provincia de Wele Nzas, Elemento de la Seguridad Presiden
cial, con residencia en esta capital del Litoral;y ANTONIO OKURU OVONO,
veintitres años de edad, Soltero, hijo de Marcelino Ovono y de Guadalu-
pe Bindang, natural de Melén Ncodjeifi del distrito de Mongomo de la pro
vincia de Wele Nzas, ex-Soldado de las Fuerzas Terrestres; SILVESTRE ---
NDUMU EYA OCOMO, de sesenta y cuatro años de edad, viudo, hijo de Sena-
dor Eyá y de Catalina Ocomo, natural de Esong Djimi, del distrito de -
Aconibe de la provincia de Wele Nzas, de profesión Sereno; FLORENCIO ---
ELA BIBANG, de cuarenta y cinco años de edad, casado, hijo de Bernardo
Bibang y de Carmen Nchama, natural de Ncoagom Esawong del distrito de
Mongomo de la provincia de Wele Nzas, ex-Teniente Coronel de las Fuer--
zas Terrestres y DEMETRIO BOSEPA SOLEBAPA, de treinta y ocho años de edad,
casado, hijo de Mario Bosepa y de Ana Solebapa, natural de Santiago de
Baney de la provincia de Bioko Norte, ex-Capitán de Fragata de las Fuer
zas Navales, respectivamente, los cuales, unos de ellos se hallaban en
libertad provisionale y otros en prisión preventiva por los delitos de
ATENTADO CONTRA LA SEGURIDAD DEL ESTADO, FRAUDE, NEGLIGENCIA Y RESISTEN
CIA A FUERZA ARMADA; hecha relación por el Juez Instructor del resulta-
do de la misma, oidas la acusación Fiscal y defensas, ausentes los pro-
cesados CIPRIANO NGUEMA MBA, GERMAN PEDRO TOMO (a) MAYO, MARCELINO MBA
OVONO (a) DJUDJU, CELSO MBA ESONO Y ANTONIO FERNANDO NVE NGU, y presen-
tes el resto.- - - - - - - - - - - - - - - - - - - - - - - - -

RESULTANDO PRIMERO:- Que, el entonces Teniente Coronel de las Fuerzas
Terrestres y Habilitado General de las Fuerzas Armadas y de la Seguridad
del Estado en la parte Continental DON CIPRIANO NGUEMA MBA, con sus aspi
raciones ambiciosas y diabólicas de cambiar el Régimen actual de Guinea
Ecuatorial, por medio de Golpe de Estado, y para tal fin, hizo sendos es
critos de solicitud por conducto del entonces Inspector General de las -
Fuerzas Armadas DON AGUSTIN NDONG ONA, de la instalación de una Armería,
para el personal Militar de la Compañía Plana Mayor que el mencionado --
era como Jefe, así como su equipamiento de armas y municiones, propuesta
que el Director General de Logística del Ministerio de Defensa desestimó
por considerarlo incorrecto, según se desprende de los escritos obrantes
a los folios 201 y 202 de estas actuaciones.- - - - - - - - - - - - - -

Que el mencionado CIPRIANO NGUEMA MBA, para llevar a cabo sus aspira-
ciones golpista, tuvo contacto con los políticos que iban apoyarle en --

....///....

Exhibit 3
Page 20

-6-

las operaciones, así como mandos Militares, tales como el Parlamentario
Honorable GERMAN PEDRO TOMO (a) MAYO, quien dijo a CIPRIANO NGUEMA MBA,
que en dichas operaciones aportaría CINCUENTA MILLONES (50.000.000) de
FRANCOS CFA., teléfonos satélites que les servirían de medios de comuni
cación durante las operaciones, y un avión, y que había contactado con
algunos expatriados libaneses para el mismo fin; MARCELINO MBA OVONO --
(a) DJUDJU, éste hizo ver a CIPRIANO NGUEMA MBA, su participación acti-
va en plan golpista; el Comandante Retirado de las Fuerzas Terrestres -
DON POLICARPO MONSUY MBA, en su entrevista con CIPRIANO NGUEMA MBA, le
dijo que en la última gira de Su Excelencia el Presidente de la Repúbli-
ca, fué entrevistado por periodistas de un canal de Inglantera y le pre-
guntaron sobre la existencia de pobreza en Guinea Ecuatorial, y el Jefe
del Estado respondió que en Guinea Ecuatorial no hay miseria, sino la pe
nuria, cuando realmente la penuria es peor que la miseria; el mismo POLI
CARPO MONSUY MBA, para el descontento a la Tropa, entregó al Soldado de
Primera de las Fuerzas Terrestres IGNACIO ASEKO NGUEMA, quien entonces -
Pagador de la Habilitación Militar de esta plaza de Bata, la suma de UN
MILLON (1.000.000) DE FRANCOS CFA., para prestarlos a los Militares y --
que posteriormente sean descontados las cuantías prestadas empleando el
descuento de 30%, para así obter los beneficios; cuyos comprobantes obran
en estas actuaciones; ELIAS OVONO NGUEMA, quien le manifestó que las ac-
ciones del Parlamento son puros teatros sin eficacia; otros contactos --
con el Ministro de Estado de Educación y Ciencia Excmo. Señor DON ANTO--
NIO FERNANDO NVE NGU, quien le manifestó a CIPRIANO NGUEMA MBA, su apoyo
por la falta de decisión del Presidente de la República, haciendole ver
la evidencia que fué objeto durante la publicación del Presupuesto Gene-
ral del Estado del año dosmil dos, tras haber sido aprobado por todos --
los Organos, lo cual fué desmentido por el Primer Ministro Jefe del Go-
bierno y el Tesorero General; de igual contacto tuvo con los mandos Mi-
litares, tales como el Contralmirante DON INOCENCIO NGOMO ONDO, Coronel
DON PANCRACIO NGUEMA EKUA, Tenientes Coroneles JESUS NVONO NGOMO, FLOREN
CIO ELA BIBANG, Y FRANCISCO MBA MENDAMA (a) EFEPULE, éste último facili-
tó a CIPRIANO, la información de lugar donde se encuentra el mayor volu
men de armas de la ciudad de Mongomo durante su conversación.- - -- - - -

RESULTANDO SEGUNDO:- El mencionado CIPRIANO NGUEMA MBA, al objeto de
materializar sus actos golpistas, tuvo con los oficiales Militares, Subo
oficiales, Clases y tropas, así como ex-militares tales como el Capitán
de las Fuerzas Terrestres DANIEL MBA ONDO, Teniente de la Gendarmería -
Nacional JUAN NDONG MBA (a) TOHOTO, Alférez de las Fuerzas Terrestres -
SALVADOR ONDO NGUEMA, Alférez de Fragata de las Fuerzas Navales ANTONIO
OBAMA BIYOGO, Brigada Jefe de las Fuerzas Terrestres FELIPE NDONG MIA,

....////....

Exhibit 3
Page 21

Brigada de la Policía Nacional ANDRES PEDRO EDU EDU, Sargento de las Fuerzas Terrestres BENJAMIN MARIA MBA, Cabos de la Policía Nacional GERMAN -- MBA MBA, FELIX NSUE MBA, DIOSDADO NCOGO ASUMU, ANTONIO NDONG ONDO, CELSO MBA ESONO, JOSE ANTONIO MBA NGUEMA, Cabo de las Fuerzas Navales DIEGO EKUA OBIENG, Ex-Alférez de las Fuerzas Terrestres ALFONSO MILAM NGUEMA, Soldados del mismo Cuerpo TADEO ABONA ONDO, JUAN NGUA EKORO, MARIA NIEVES AVOMO ABAGA, FELIX NTUTUMU ABESO, DANIEL MBA NCOGO, MARCELINO ONDO NTUTUMU, MIGUEL ASU MESIE, FERNANDO OBAMA NSUE, Agentes de Primera de la Policía Nacional FLORENCIO ONA MENGUE, JESUS TOMAS ABESO ANDEME, Soldado de las -- Fuerzas Aéreas FLORENCIO ESONO MBA, Marinero de Segunda de las Fuerzas Navales REGINALDO ONDO NGUEMA, Gendarme de Primera IGNACIO MOTOGO NDONG, Ex-Comisario de la Policía Nacional DANIEL OBAMA OBIANG (a) OKAN, ex-Brigada de las Fuerzas Terrestres AFRODISIO MBA NDONG, Alférez Retirado del mismo Cuerpo FELICIANO MIKO BIBANG, y los Reclutas de la Academia Militar de -- Ekúku EMILIO NDONG NGUEMA OBONO, JUAN MBA MENGUE, EMILIO NDONG NGUEMA OYANA; los cuáles no dieron cuenta a sus Jefes del plan golpista; con las -- mismas actuaciones DON CIPRIANO NGUEMA MBA, tuvo contacto con LUIS NTUTUMU OBIANG (a) BERNY, éste uno de los más operadores del plan golpista; -- FAUSTINO ELA OBIANG, ALBERTO MICHA MBA (a) ANDEKE, Y WENCESLAO MBA NDONG, éstos a pesar de ser civiles tampoco dieron cuénta a las Autoridades competentes; respecto a DON ESTANISLAO MICHA NGUEMA, éste fué informado de la situación que iba ocurrir por su primo LUIS NTUTUMU OBIANG (a) BERNY, el cual tampoco dío cuenta a las Autoridades; Que durantelas investigaciones el ex-Teniente Coronel de las Fuerzas Terrestres DON FLORENCIO ELA BIBANG, amenazó con arma a la Pareja Instructora en el momento de su requerimiento.- - - - - - - - - - - - - - - - - - - - - - - - -

RESULTANDO TERCERO:- Que ante el fracaso de las pretenciones de DON - CIPRIANO NGUEMA MBA, tras haber cobrado del Tesoro Público los haberes - del personal Militar de la Región Continental en un monto de TRESCIENTOS CINCUENTA Y CINCO MILLONES, OCHOCIENTOS SESENTA Y SIETE MIL SIETECIENTOS SESENTA Y CINCO (355.867.765) FRANCOS CFA., repartío parte de este dinero a sus seguidores y el resto lo desvío, entregando asimismo (30.630.900) FRANCOS CFA., al súbdito español señor CANU, para su envío a España en - su cuenta personal, todos estos hechos son recogidos en las propias declaraciones de los testigos y no aparecen desvirtuados en los autos.- - - -

Que el Capitán de Fragata de las Fuerzas Navales y Director de la Academia Militar de Ekúku DON DEMETRIO BOSEPA SOLEBAPA, quien habiendo contactado el cambio de Oficiales en la Guardia de la Academia, del día -- seis de Diciembre del pasado año dosmil tres, fecha que estaba prevista la materialización del plan golpista, el cual no tomó medidas contra los

......////.....

mismos sobre este cambio de servicio sin su conocimiento, apesar de haber sido informado por el Coronel Inspector General de las Fuerzas Armadas, sobre la atención que cada Mando debía prestar en su Unidad aquél día.

Que ex-Soldado de las Fuerzas Terrestres ANTONIO OKURU OVONO, quien - conociendo que DON ANGEL NDONG ANDEME, Empleado del Banco BEAC., juntos - con MARCELINO MBA OVONO (a) DJUDJU, estaban integrados en el plan golpista que protagonizaba CIPRIANO NGUEMA MBA, optó por exigir a DON ANGEL -- NDONG ANDEME, el pago de 1.000.000 de FRANCOS CFA., con la condición de - que si nó lo hiciera, le acusaría que conocía el plan que se trata, éste le rogó que no podía pagarle todo, en aquellos momentos, haciéndole la -- entrega de 500.000 FRANCOS CFA., para que nó informara nada. Que el llamado LUCIANO ONDO BITEGUE (a) FUNTY, afecto a la Seguridad Presidencial, conociendo el plan golpista que protagonizaba el tan repetido CIPRIANO NGUEMA MBA, nó dio cuenta de ello a sus Jefes, limitándose a desviar la atención de sus Jefés sobre la detención de DON LUIS NTUTUMU OBIANG (a) BERNY, hecho que dio lugar a la fuga de éste. En los mismos términos actuaba el llamado WENCESLAO OVONO OBAMA (a) CHACHO, sirviendo de enlace de los promotores de la acción golpista que se alude.- - - - - - - - - - - - - - - - -

RESULTANDO CUARTO:- Que estos hechos han sido probados por el Tribunal Militar.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESULTANDO QUINTO:- Que el Ministerio Fiscal, en sus conclusiones provisionales elevadas a definitivas, estimó que los hechos expuestos anteriormente constituyen unos delitos de ATENTADO CONTRA LA SEGURIDAD DEL ESTADO, en su modalidad de REBELION en grado tentativa, previsto y penado - en los artículos 286-1º, y 2º; 287, 288, 289, 290 y 291, del Código de -- Justicia Militar; FRAUDE en grado consumado, tipificado y sancionado en - artículo 403-2º; RESISTENCIA A FUERZA ARMADA 309 y 310; Y NEGLIGENCIA artículo 391-1º; todos del Código de Justicia Militar y solicitó para el -- procesado CIPRIANO NGUEMA MBA, como autor de los delitos de REBELION Y -- FRAUDE, la pena de RECLUSION MAYOR A MUERTE, conforme rezan los artículos 287 y 288 del Código de Justicia Militar, y la multa de QUINIENTOS MILLONES (500.000.000) DE FRANCOS CFA., a ingresar al Tesoro Público; a los -- coautores del delito de Rebelión, la pena de VEINTE AÑOS DE RECLUSION con las accesorias legales de separación definitiva de servicio, conforme el artículo 290 del Código de Justicia Militar; a los cómplices del mismo delito de Rebelión, la pena de DIEZ AÑOS DE RECLUSION MILITAR, con las accesorias legales de separación definitiva de servicio, conforme el artículo 290 del mismo Texto Legal; a los encubridores del mismo delito, a la pena de SEIS AÑOS DE PRISION, con las accesorias legales correspondientes; a - los cómplices del delito de FRAUDE, a la pena de TRES AÑOS DE PRISION MILI

......//////......

-9-

TAR; al autor del delito de NEGLIGENCIA, a la pena de CUATRO AÑOS DE PRI-
SION, articulo 391 del Código de Justicia Militar; y el autor del delito
de RESISTENCIA A FUERZA ARMADA, a la pena de CUATRO AÑOS DE PRISION, con-
forme los artículos 309 y 310 del Código de Justicia Militar, todos con
abono del tiempo de la prisión preventiva sufrida; en concepto de la res-
ponsabilidad civil, el procesado CIPRIANO NGUEMA MBA, deberá restituir al
Tesoro Público las cantidades objeto de FRAUDE por valor de TRESCIENTOS —
CINCUENTA Y CINCO MILLONES, OCHOCIENTOS SESENTA Y SIETE MIL SIETECIENTOS
SESENTA Y CINCO (355.867.765) FRANCOS CFA.— — — — — — — — — — — — — —

RESULTANDO SEXTO:— que el Defensor de los procesados ELIAS OVONO NGUE
MA, POLICARPO MOH MY MBA Y ANGEL NDONG ANDEME, en sus conclusiones provi-
sionales elevadas a definitivas, mostró su total disconformidad con el es
crito de conclusiones provisionales del Ministerio Fiscal, por no guardar
ningún tipo de relación con sus defendidos, indicando con ello que no pro
cede ningún tipo de responsabilidad y solicitó para sus defendidos la li-
bre absolución; el Defensor del procesado FRANCISCO MBA MENDAMA (a) EPEPU
LE, en sus conclusiones provisionales elevadas a definitivas prestó su —
disconformidad con el Ministerio Fiscal, y solicitó para su patrocinado —
la libre absolución total; que el Defensor de los procesados ESTANISLAO —
MICHA NGUEMA Y DANIEL OLAMA OBIANG (a) OKAN, en sus conclusiones provisio
nales elevadas a definitivas, prestó su total disconformidad con el Minis
terio Fiscal, respecto a su defendido ESTANISLAO MICHA NGUEMA, demostró —
que su defendido había sufrido un saqueo de dinero en la cantidad de OCHO
MILLONES TRESCIENTOS MIL (8.300.000) FRANCOS CFA., en el momento de su de-
tención, mas QUINIENTOS (500) EUROS y el maletín que llevaba toda su docu
mentación; los cuales deben ser devueltos por no guardar relación alguna
con los supuestos hechos, y solicitó la absolución de su defendido; que —
el Defensor del procesado LUCIANO ONDO BITEGUE (a) PUNTY, en sus conclusi
siones provisionales elevadas a definitivas, prestó su total disconformi-
dad con todos los apartados presentados por el Ministerio Fiscal, demos—
trando con ello que, su defendido no puede ser encubridor de los mismos,
aplicando en este sentido el eximente del artículo 8, párrafo 11 del Códi
go Penal Común, en relación con el artículo 186-11º del Código de Justi—
cia Militar, y solicitó para su defendido la absolución total; el Defen-
sor de los procesados JESUS OVONO NGONO, DANIEL MBA ONDO, ESTANISLAO MI—
CHA NGUEMA, ANTONIO OBAMA NVONO, DIOSDADO NCOGO ASUMU, SILVESTRE NSUMU —
MBA OVONO, en sus conclusiones provisionales elevadas a definitivas, puso
en correlativa con el Ministerio Público en sus cuatro apartados, solici—
tando para sus defendidos PUNTY MBA ONDO, DIOSDADO NCOGO ASUMU, JESUS —
OVONO NGONO Y ANTONIO OBAMA NVONO, la reducción de la pena a 1/3, y en —
cuanto a su patrocinado ESTANISLAO MICHA NGUEMA, pedió al Tribunal tener
...///...

Exhibit 3
Page 24

-10-

en consideración el contenido del artículo 200 del vigente Código de Justicia Militar, y para el llamado SILVESTRE NDUMU EYA OKOMO, la libre absolución; el Defensor de los procesados DEMETRIO BOSEPA SOLEBAPA, BENJAMIN MARIA MBA, FLORENCIO ONDO NGUEMA, ANDRES PEDRO EDU EDU, REGINALDO ONDO -- NGUEMA, MIGUEL ASU MESIE, SALVADOR ONDO NGUEMA, Y ANTONIO OKURU OVONO, en sus conclusiones provisionales elevadas a definitivas, prestó su parcial conformidad con los apartados primero, segundo y tercero del Ministerio - Fiscal, apreciando las circunstancias modificativas de la responsabilidad criminal, las atenuantes 5ª y 7ª del artículo 186 del Código de Justicia Militar, y pedió para su defendido DEMETRIO BOSEPA SOLEBAPA, la libre absolución total y su reincorporación en su puesto de servicio; a sus defendidos BENJAMIN MARIA MBA, SALVADOR ONDO NGUIMA, la reducción de la pena a CUATRO AÑOS DE PRISION y el resto a UN AÑO DE PRISION; el Defensor de los procesados PANCRACIO NGUEMA EKUA, FLORENCIO ELA BIBANG, JUAN NDONG MBA (a) TOHOTO, LUIS NTUTUMU OBIANG (a) BERNY, GERMAN MBA MBA, WENCESLAO MBA NDONG, ANGEL OBAMA ESONO, AFRODISIO MBA NDONG, LORENZO ESONO MBA, EMILIO NDONG - NGUEMA, ALFONSO MILAM NGUEMA; FELICIANO MIKO BIBANG, FAUSTINO ELA OBIANG, ANTONIO NDONG ONDO, IGNACIO MOTOGO NDONG, DANIEL MBA NCOGO, FELIX NTUTUMU ABESO, Y FÉRNANDO OBAMA NSUE, en sus conclusiones provisionales elevadas a definitivas, prestó su parcial conformidad con el Ministerio Fiscal, -- apreciando como circunstancias modificativas de la responsabilidad criminal, las atenuantes 7ª y 9ª del artículo 186 del Código de Justicia Militar, y solicitó para sus defendidos PANCRACIO NGUEMA EKUA, FAUSTINO ELA - OBIANG Y WENCESLAO MBA NDONG, la libre absolución; para FLORENCIO ELA BI-BANG, arresto Militar de TRES MESES, por irregularidades en la cita con - la Instrucción; para GERMAN MBA MBA, ANGEL OBAMA ESONO, FELICIANO MIKO BI BANG, ALFONSO MILAM NGUEMA, ANTONIO NDONG ONDO, FELIX NTUTUMU ABESO, DA-NIEL MBA NCOGO, IGNACIO MOTOGO NDONG, EMILIO NDONG NGUEMA, FERNANDO OBAMA NSUE Y AFRODISIO MBA NDONG, la reducción de la pena en un 70%; a LUIS NTUTUMU OBIANG (a) BERNY Y JUAN NDONG MBA (a) TOHOTO, la reducción de la pena en un 50%; el Defensor de los procesados MARCELINO ONA NTUTUMU, FELIPE NDONG MIA, TADEO ABONA ONDO, FRANCISCO EDU MICHA, JOSE MARIA MBA NGUEMA, FELIX NSUE MBA, DIEGO EKUA OBIANG, ALBERTO MICHA MBA, MARIA NIEVES AVOMO, EMILIO NDONG NGUEMA, JESUS TOMAS ABESO Y WENCESLAO OVONO OBAMA, en sus -- conclusiones provisionales elevadas a definitivas puso en correlativa con el Ministerio Fiscal, apreciando las circunstancias modificativas de la - responsabilidad criminal las atenuantes 7ª y 9ª del artículo 186 del Código de Justicia Militar, pedío para sus defendidos la reducción de sus penas en su grado medio; y el procesado INOCENCIO NGOMO ONDO, sin postulación procesal.!!!------------------------------------

. . .  / / /  - . .

Exhibit 3
Page 25

CONSIDERANDO:- Que los hechos expuestos en los Resultandos anteriores
de esta Sentencia, y, según el punto de vista del Tribunal sentenciador,
el cual tras examinar detenidamente los hechos durante la vista de jui-
cio oral, calificó que los hechos anteriormente expuestos, constituyen -
unos delitos de ATENTADO CONTRA LA SEGURIDAD DEL ESTADO, en su modalidad
de REBELION en grado tentativa, previsto y penado en los artículos 286-1º
y 2º, 287, 288, 289, 290 y 291, del Código de Justicia Militar; FRAUDE,
previsto y penado en el artículo 405-2ª del mismo Texto Legal, en concor
dancia con el artículo 402 del Código Penal Común vigente que dice texa
tualmente como sigue: El Funcionario Público que exigiere, directa o in-
directamente mayores derechos de los que le estuvieren señalados por ra-
zón de su cargo, será castigado, sin perjuicio de los reintegros a que vi
niere obligado por otro concepto, con una multa del cuadruplo de la can-
tidad exigida; y ESTAFA, previsto y penado en el artículo 528 del Código
Penal Común.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CONSIDERANDO:- que dichos delitos, son responsables como sigue: autor
de los delitos de REBELION en su grado de tentativa y FRAUDE, el procesado
CIPRIANO NGUEMA MBA; como coautores del delito de REBELION, los procesados
GERMAN PEDRO TOMO (a) MAYO, LUIS NTUTUMU OBIANG (a) BERNY, MARCELINO MBA
CVONO (a) DJUDJU, Y CHISO MBA ESONO; como cómplices los procesados SALVA-
DOR ONDO NGUEMA, JUAN NDONG MBA (a) TOROTO, DANIEL MBA ONDO, GERMAN MBA -
MBA, DIOSDADO NCOGO ASUMU, DANIEL OBAMA OBIANG (a) OKAN, DIEGO EKUA OBIANG,
FELICIANO EYIKO BIBANG, ALFONSO FILAM NGUEMA, FERNANDO OBAMA NSUE, MIGUEL
ABU MESIE, BENJAMIN MARIA MBA, MARCELINO ONA NFUTUMU, FELIPE NDONG MIA, -
FRANCISCO EDU MICHA, REGINALDO ONDO NGUEMA, JOSE ANTONIO MBA NGUEMA, Y FE
LIX NSUE MBA (a) WENIF y como encubridores los procesados EMILIO NDONG --
NGUEMA OBONO, EMILIO NDONG NGUEMA OYANA, JESUS TOMAS ABESO ANDEME, FELIX
NTUTUMU ABESO, MARIA NIEVES AVOMO ABAGA, JUAN MBA NGUEMA, AFRODISIO MBA -
NDONG, ESTANISLAO MICHA NGUEMA, Y ANTONIO OBAMA EYOGO; es autor en el de
lito de ESTAFA, el procesado ANTONIO OKURU OVONO.- - - - - - - - - - - - -

CONSIDERANDO:- Que en la comisión de dichos delitos, son de apreciar -
como circunstancias modificativas de la responsabilidad criminal, las agra
vantes 5ª, 3ª, y 9ª del artículo 187 del Código de Justicia Militar, así
como la agravante especial de 194-4º del mismo Cuerpo Legal.- - - - - - -

CONSIDERANDO:- que toda persona criminalmente responsable de un delito
o falta, lo es también civilmente, a tenor de lo preceptuado en el articu
lo 202 del Código de Justicia Militar.- - - - - - - - - - - - - - - - - -

CONSIDERANDO:- Que para el cumplimiento de las penas de privación de a
libertad, se abonará en su totalidad la prisión preventiva sufrida por el

... /// ...

Exhibit 3
Page 26

-12-

delincuente durante la tramitación del procedimiento, tanto si fué riguro-
sa como atenuada, de conformidad con lo prevenido en el artículo 217 del
invocado Texto Legal.- - - - - - - - - - - - - - - - - - - - - - - - -

CONSIDERANDO:- Que el Tribunal Militar, apreciará en conciencia las -
pruebas con arreglo a su racional criterio, de conformidad con lo estable
cido en el artículo 787 del Código de Justicia Militar.- - - - - - - - -

VISTOS los artículos 197, 194-44, 202, 217, 286, 287, 288, 289, 290, -
291, 403-2º, 787 del Código de Justicia Militar; 402 y 528 del vigente Có
digo Penal Común y demás concordantes de general aplicación,

## F A L L A M O S:

Que debemos condenar y condenamos al procesado CIPRIANO NGUEMA MBA, co
mo autor de los delitos de REBELION en su grado tentativa y FRAUDE, a la
pena de TREINTA AÑOS DE RECLUSION MAYOR EN SU GRADO MAXIMO, con multa de
1.423.466.860 FRANCOS CFA., a ingresar al Tesoro Público, así como la con
fiscación de sus inmuebles y vehículos e inhabilitación especial.- - - -

Que debemos condenar y condenamos a los procesados GERMAN PEDRO TOMO -
(a) MAYO, LUIS NZUZUMU OBIANG (a) BERRY, MARCELINO MBA OVONO (a) DJUDJU Y
CELSO MBA ESONO, como coautores del delito de REBELION en su grado tenta-
tiva, a la pena de VEINTE AÑOS Y UN DIA DE RECLUSION MAYOR, así como la -
confiscación del avión y teléfonos portátiles vía satélite, objetos apor-
tado por el procesado GERMAN PEDRO TOMO (a) MAYO.- - - - - - - - - - - -

Que debemos condenar y condenamos a los procesados SALVADOR ONDO NGUE-
MA, JUAN NDONG MBA (a) TOHOTO, DANIEL MBA ONDO, DIOSDADO NCOGO ASUMU, DA-
NIEL OBAMA OBIANG (a) OKAN, DIEGO EKUA OBIANG, FELICIANO MIKO DIBANG, AL-
FONSO MILAM NGUEMA, FERNANDO OBAMA NGUE, MIGUEL ASU MESIE, BENJAMIN MARIA
MBA, MARCELINO OÑA NKUKUMU, FELIPE NDONG MIA, FRANCISCO EDU MICHA, REGI--
NALDO ONDO NGUEMA, JOSE ANTONIO MBA NGUEMA, Y FELIX NGUE MBA (a) NENIN, -
como cómplices del mismo delito de REBELION, a la pena de DIEZ AÑOS DE --
PRISION MAYOR.- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Que debemos condenar y condenamos a los procesados ANTONIO NDONG NGUE-
MA OBONO, BRUNO NDONG NGUEMA OFARA, PEDRO TOMAS NZUZO AKUMA, MARIA FER---
REU ABISO, MARIA NIEVES AYONO ABAGA, JUAN MBA NGUEMA, AFRODISIO MBA NDONG
Estanislao MICHA NGUEMA, Y ANTONIO OBAMA NSIYOGO, como encubridores del mis
mo delito, a la pena de SEIS AÑOS DE PRISION MENOR con las accesorias le-
gales correspondientes de separación definitiva de servicio, todos con abo
no del tiempo de la prisión preventiva sufridos a razón de esta causa.- -

Que debemos condenar                    ...///...

Exhibit 3
Page 27

-13-

Que debemos absolver y absolvemos libremente a los procesados ANTONIO NDONG ONDO, FAUSTINO ELA OBIANG, FLORENCIO ONDO MENGUE, DANIEL MBA NCOGO, JUAN NGUA EKORO, WENCESLAO OVONO OBAMA (a) CHACHO, ANGEL OBAMA ESONO (a) OBUNU, ANDRES PEDRO NVU EYU, FLORENCIO ESONO MBA, IGNACIO MOTOGO NDONG, — Wenceslao MBA NDONG, ALBERTO MICHA MBA (a) ANDEKE, POLICARPO MONSUY MBA, INOCENCIO NGOMO ONDO, JESUS NVONO NGOMO, PANGRACIO NGUEMA EKUA, FRANCISCO MBA MENDAMA (a) EPEPULE, ANTONIO FERNANDO NVE NGU, ELIAS OVONO NGUEMA, AN GEL NDONG ANDEME, LUCIANO ONDO BITEGUE (a) PUNTY, SILVESTRE NDUMU EYA, — FLORENCIO ELA NYBANG Y DEMETRIO BOSEPA SOLEBAPA, por no ser responsables de los hechos objeto de esta Sentencia.- - - - - - - - - - - - - - - - -

Que debemos condenar y condenamos al procesado CIPRIANO NGUEMA MBA, — en concepto de la responsabilidad civil, la restitución de los haberes — militares de la nómina del mes de Noviembre del pasado año desmil tres — por un valor de TRECIENTOS CINCUENTA Y CINCO MILLONES, OCHOCIENTOS SESEN TA Y SIETE MIL SIETECIENTOS SESENTA Y CINCO (355.867.765) FRANCOS CFA., correspondientes en la parte Continental.- - - - - - - - - - - - - - - -

Que debemos condenar y condenamos al procesado ANTONIO OKURU OVONO, — como criminalmente responsable en concepto de autor del delito de ESTAFA, a la pena de OCHO MESES DE PRISION MENOR, con abono del tiempo de la pri sión preventiva sufrida a razón de esta causa.- - - - - - - - - - - - - -

Así por esta nuestra Sentencia, la pronunciamos, mandamos y firmamos.

Exhibit 3
Page 28



**TRANSPERFECT**

## CERTIFICATE OF ACCURACY

I, Robert Richardson, of TransPerfect, Inc. do hereby declare that the following are to the best of my knowledge and belief, a true and accurate translation, within the given parameters, of the document "German Pedro Tomo Conviction" translated from Spanish into English.

A copy of the final translation is attached.

I so declare under penalty of perjury under the laws of the United States on this 13th day of July, 2012.


Robert Richardson
TransPerfect Translations, Inc.


Sworn before me this
13th of July, 2012


Signature, Notary Public


MARION CARVALHO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CA6257005
Qualified in Queens County
My Commission Expires March 05, 2016


Stamp, Notary Public

PRESIDENT:
Brigade General SANTIAGO MAURO NGUEMA
WRITING JUDGE:
Ship's Captain VICENTE EYA OLOMO
PANEL JUDGES:
Ship's Captain ROBERTO MBA NDONG
Colonel RAFAEL MBA ESENGUI
Colonel BENITO ALOGO ASUMU

S E N T E N C E:

In the City of Bata, on the twenty-third day of February two thousand four.

The Military Court meeting to hear and decide on Summary Proceeding Number 1/2004, of the Temporary Military Court

against defendants CIPRIANO NGUEMA MBA, former Lieutenant Colonel of the Land Army; GERMAN PEDRO TOMO (a) MAYO, Member of Parliament of the Chamber of Representatives of the People; MARCELINO MBA OVONO (a) DJUDJU; CELSO MBA ESONO, former Corporal of the National Police; LUIS NTUTUMU OBIANG (a) BERNY, forty six years of age, married, son of Luis Obiang Ntutumu and Susana Obono Osono, originally from Engong Oyek in the District of Akonibe and Province of Wele Nzas, a Businessman currently residing in the neighborhood of Mbangan in this City of Bata; SALVADOR ONDO NGUEMA, twenty five years of age, unmarried, son of Jose Nguema and Teresa Bela, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas; former Second Lieutenant of the Land Army; JUAN NDONG MBA (a) TOHOTO, thirty two years of age, married, son of Ramon Mba Ndong and Gertrudis Ayene, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, former Lieutenant of the National Guard; DANIEL MBA ONDO, forty three years of age, married, son of Luis Ondo and Luisa Mibuy, originally from Aconekien Esaguong, District of Mongomo and Province of Wele Nzas, former Captain of the Land Army; GERMAN MBA MBA, twenty eight years of age, married, son of Ramon Mba and Gertrudis Ayene, originally from Esongesi Ncodjein, District of Mongomo, former Corporal of the National Police; DIOSDADO NCOGO ASUMU, thirty nine years of age, married, son of Juan Asumu Sima and Delfina Abaga, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, former Corporal of the National Police; DANIEL OBAMA OBIANG (a) OKAN, thirty seven years of age, married, son of Obiang Ngomo and Maria Abaga, originally from Akoacam Esengui, District of Mongomo and Province of Wele Nzas, former Second Lieutenant of the National Police; DIEGO ECUA OBIANG, twenty three years of age, married, son of Bonifacio Obiana Sima and Consuelo Nchama, originally from Esongosi Ncodjein, District of Montomo and Province of Wele Nzas, former Corporal of the Navy; FELICIANO MIKO BIBANG, fifty four years of age, married, originally from [Nebas]

./.

Exhibit 3
Page 30

-2-

Yevam, District of Mongomo and Province of Wele Nzas, Second Lieutenant of the Land Army, Retired; ALFONSO MILAM NGUEMA, fifty one years of age, married, son of Antonio Mguema and Teodora Efua, originally from Byameyong Esawong, District of Mongomo and Province of Wele Nzas, former Second Lieutenant of the Land Army; FERNANDO OBAMA NSUE, thirty years of age, unmarried, son of Nicanol Nsue and Ededegue, originally from Ocas Esong, District of Mongomo and Province of Wele Nzas, former Private in the Land Army; MIGUEL ASU MESIE, twenty seven years of age, married, son of Miguel Mesie and Juanita Eyang Ndong, originally from Acamasi Obuk, District of Akonibe and Province of Wele Nzas, former Private in the Land Army; BENJAMIN MARIA MBA, thirty seven years of age, married, son of Acacio Nguema and Juanita Eyenga, originally from Bibas Ncodjein, District of Mongomo and Province of Wele Nzas, former Sergeant of the Land Army; MARCELINO ONA NTUTUMU OBONO, twenty five years of age, married, son of Alberto Ntutumu and Inmaculada Obono, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, former Private in the Land Army; FELIPE NDONG MIA, forty one years of age, married, son of Felipe Ndong and Anastasia Miaha, original form Ecuat Yefem, District of Kogo and Province of Litoral, former Brigade Commander of the Land Army; FRANCISCO EDU MICHA, thirty five years of age, married, son of Marcelino Micha and Filomena Efua, originally from Nsangayong Esengui, District of Mongomo and Province of Wele Nzas, Driver, with residence in the neighborhood of Acacio Mene in this capital city of Litoral; REGINALDO ONDO NGUEMA, twenty two years of age, unmarried, son of Samuel Nguema and Purita Abang, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, Second Mate of the Navy; JOSE ANTONIO MBA NGUEMA (a) PAPI, twenty years of age, married, son of Cipriano Nguema and Candida Oyana, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, former corporal of the Land Army; FELIX NSUE MBA (a) NENIN, twenty seven years of age, married, son of Felix Mba and Bibiana Obono, originally from Asokmedjen Yebivain, District of Mongomo and Province of Wele Nzas, former Corporal of the National Police; EMILIO NDONG NGUEMA OBONO, twenty four years of age, unmarried, son of Daniel Ondo and Gloria Obono, originally from Necak Obuk, District of Mongomo and Province of Wele Nzas, former Recruit of the Military Academy of Ekuku; EMILIO NDONG NGUEMA OYANA, nineteen years of age, unmarried, son of Emiliano Ndong and Candida Oyana, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, former Recruit of the Military Academy of Ekuku; JESUS TOMAS ABESO ANDEME, thirty four years of age, married, son of Jesus Maria Abeso and Veronica Andeme, originally from Oveng Okas, District of Mongomo and Province of

../..

Exhibit 3

Page 31

-3-

Wele Nzas, former First Agent of the National Police; FELIX NTUTUMU ABESO EYANG, thirty seven years of age, married, son of Sixto Abeso and Monserrat Eyang, originally from Etom Onvang, District of Mongomo and Province of Wele Nzas, former Private of the Land Army; MARIA NIEVES AVOMO ABAGA, twenty six years of age, unmarried, daughter of Jesus Abaga Nsue and Maria Avomo, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, former Private of the Land Army; JUAN MBA NGUEMA, twenty four years of age, married, son of Samuel Nguema and Guadalupe Angue, originally from Esongosio Ncodjein, District of Mongomo and Province of Wele Nzas, former Recruit of the Military Academy of Ekuku; AFRODISIO MBA NDONG, forty one years of age, married, son of Agustin Mba and Pilar Oyema, originally from Ncum Oyek, District of Mongomo and Province of Wele Nzas, former Brigade Chief of the Land Army; ESTANISLAO MICHA NGUEMA, forty five years of age, married, son of Julian Nguema and Teresa Bilogo, originally from Engong Oyek, District of Aconibe and Province of Wele Nzas, a businessman currently residing in this city of Bata Litoral; ANTONIO OBAMA BIYOGO, thirty three years of age, married, son of Eugenio Biyogo and Casilia Nsang, originally from Engong, Esansop, District of Aconibe and Province of Wele Nzas, former Navy Ensign; ANTONIO NDONG ONDO, twenty three years of age, married, son of Acacio Ondo Abeso and Apolonia Bindang, originally from Mecak Obuk, District of Mongomo and Province of Wele Nzas, Corporal of the Land Army; FAUSTINO ELA OBIANA (a) VAMPIRO, fifty years of age, married, son of Juan Obiang Miki and Francisca Oyana, originally from Engong Oyek, District of Aconibe and Province of Wele Nzas, government official in the capacity of Chief Inspector of Administration and Council of Carriers of the Port of Bata; FLORENCIO ONDO MENGUE, thirty eight years of age, married, son of Luis Ondo and Flora Mengue, originally from Aconekien Esaguong, District of Mongomo and Province of Wele Nzas, former soldier as well as First Agent of the National Police; DANIEL MBA NCOGO, twenty nine years of age, unmarried, son of Mariano Ncogo and Maria Andeme, originally from Olumten Okas, District of Mongomo and Province of Wele Nzas, former Private of the Land Army; JUAN NGUA ECORO, twenty years of age, unmarried, son of Alfonso Ecoro and Maria Carmen Oye, originally from Ecowong, Ansok, District of Bata and Province of Litoral, former Private of the Land Army; WENCESLAO OVONO OBAMA (a) CHACHA, thirty five years of age, married, son of Cristobal Obama Ncogo and Gloria Abeme Meñana, originally from Ovengasi, Esangui, District of Mongomo and Province of Wele Nzas, a Businessman by trade; ANGEL OBAMA ESONO (a) OBUN, thirty years of age, married, son of Bonifacio Esono and Anastasia Ifumu, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, unemployed;

….//….

Exhibit 3
Page 32

-4-

ANDRES PEDRO EDU EDU, thirty eight years of age, married, son of Andres Edu and Delfina Nchama, originally from Engong Oyek, District of Aconibe and Province of Wele Nzas, former Brigade Chief of the National Police; FLORENCIO ESONO MBA, thirty eight years of age, married, son of Ramon Mba and Cristina Obono, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, former Air Force Private; IGNACIO MOTOGO NDONG, thirty one years of age, married, son of Pascual Ondo and Beatriz Ayetebe, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, former First Class Policeman; WENCESLAO MBA NDONG, twenty seven years of age, unmarried, son of Braulio Ndong and Regina Mengue, originally from Abam Yebecon, District of Anisok and Province of Wele Nzas, unemployed; ALBERTO MICHA MBA (a) ANDEKE, thirty years of age, married, son of Felipe Mba and Bibiana Obono, originally from Asokmedjim Yebivain, District of Mongomo and Province of Wele Nzas, Forestry Inspector assigned to the Ecofak Project; POLICARPO MONSUY MBA, sixty years of age, married, son of Lucas Mba and Veronica, originally from Ntoayop Esengui, District of Nsork, Province of Wele Nzas, Commander of the Land Army, Retired; INOCENCIO NGOMO ONDO, fifty one years of age, married, son of Domingo Ondo and Benita Obono, originally from Acockam Esengui, District of Mongomo and Province of Wele Nzas, Rear Admiral of the Navy; JESUS NVONO NGOMO, forty six years of age, married, son of Valentin Nvono and Marta Ekua, originally from Acoacam Esengui, District of Mongomo and Province of Wele Nzas, Lieutenant Colonel in the National Police; PANCRACIO NGUEMA EKUA, forty four years of age, married, son of Eusebio Ekua and Consuelo Efiri, originally from Alum Esawong, District of Mongomo and Province of Wele Nzas, Colonel of the Land Army; FRANCISCO MBA MENDAMA (a) EFEPULE, forty seven years of age, married, son of Agustin Mendama and Teresa Mengue, originally from Ayene Esabok, District of Micomiseng, Lieutenant Colonel of the Air Force; ANTONIO FERNANDO NIE NGU, fifty six years of age, married, son of Fernando and Luisa, originally from Akonibe Obuk, same district and Province of Wele Nzas, State Minister of Education and Science; TADEO ABONA ONDO, twenty seven years of age, married, son of Guillermo Ondo and Cristina Eyenga, originally from Esongosi Ncodjein, District of Mongomo and Province of Wele Nzas, former Private of the Land Army; ELIAS OVONO NGUEMA, forty two years of age, married, son of Fernando and Adela Nfono, originally from Mesama Esabain, District of Ebebiyin and Province of Kie Ntem, Member of Parliament in the Chamber of Representatives of the People; ANGEL NDONG ANDEME, forty two years of age, married, son of Daniel Ndong and Maria Andeme, originally from Nquini Onvang,

…///…

Exhibit 3

Page 33

-5-

District of Ebebiyin and Province of Kie Ntem, Economist connected to the Banco BEAC in this capital of Litoral; LUCIANO ONDO BITEGUE (a) PUNTY, thirty two years of age, married, son of Luciano Bitegue and Sinforosa Bindang, originally from Abama Yebivain, District of Nsork and Province of Wele Nzas, member of the Presidential Security Force residing in this capital of Litoral; ANTONIO OKURU OVONO, twenty three years of age, unmarried, son of Marcelino Ovono and Guadalupe Bindang, originally from Melen Ncodjein, District of Mongomo and Province of Wele Nzas, former Private of the Land Army; SILVESTRE NDUMU EYA OCOMO, sixty four years of age, a widower, son of Senador Eya and Catalina Ocomo, originally from Esong Djimi, District of Aconibe and Province of Wele Nzas, a security guard; FLORENCIO ELA BIBANG, forty five years of age, married, son of Bernardo Bibagna and Carmen Nohama, originally from Ncoagan Esawong, District of Mongomo and Province of Wele Nzas, former Lieutenant Colonel of the Land Army; and DEMETRIO BOSEPA SOLEBAPA, thirty eight years of age, married, son of Mario Bosepa and Ana Solebapa, originally from Santiago de Baney, Province of Bioko Norte, Commander in the Navy, respectively; some of whom are free on probation and others of whom are held in prison pending trial, for the crimes of ATTACKS AGAINST NATIONAL SECURITY, FRAUD, NEGLIGENCE AND RESISTANCE TO THE ARMED FORCES; the Investigating Judge, having set forth the result thereof, the Prosecutor and Defense attorneys having been heard, and defendants CIPRIANO NGUEMA MBA, GERMAN PEDRO TOMO (a) MAYO, MARCELINO MBA OVONO (a) DJUDJU, CELSO MBA ESONO and ANTONIO FERNANDO NVE NGU being absent and the remaining defendants present.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FIRST FINDING: Whereas the then Lieutenant Colonel of the Land Army and Paymaster General of the Armed Forces and Continental State Security CIPRIANO NGUEMA MBA, with his ambitious and diabolical aspirations attempted to change the current Government of Equatorial Guinea through a Coup d'Etat. For said purposes he sent various documentary requests through the then Inspector General of the Armed Forces, AGUSTIN NDONG ONA, through the Armory facilities to military personnel of the Senior Staff under the command of said individual as well as the arms and munitions staff. That allegation was dismissed by the General Director of Logistics of the Ministry of the Defense as he considered it incorrect, as noted from the documents filed under folios 201 and 202 of this proceeding.

Whereas the above named CIPRIANO NGUEMA MBA, to carry out his ambitions of a coup d'etat made contact with politicians who were going to support him in

….///….

Exhibit 3
Page 34

-6-

those operations, as well as military commanders such as Honorable Member of Parliament GERMAN PEDRO TOMO (a) MAYO, who told CIPRIANO NGUEMA MBA that he would provide the amount of FIFTY MILLION (50,000,000) CFA FRANCS for said operations, as well as satellite telephones that could be used as a means of communication during the operations, and an airplane; and that he contacted some Lebanese expatriates for said purpose. MARCELINO MBA OVNO (a) DJUDJU informed CIPRIANO NGUEMA MBA of his active participation in the planned coup; Retired Commander of the Land Army POLICARPO MONSUY MBA, in his meeting with CIPRIANO NGUEMA MBA, told him that His Excellency, the President of the Republic, in his last tour was interviewed by reporters from a channel from England. They asked him about the existence of poverty in Equatorial Guinea, and the Head of State responded that there was no poverty in Equatorial Guinea, but rather destitution, when really destitution is worse than poverty. The same POLICARPO MONSUY MBA delivered, to the dissatisfaction of the Troop, delivered the amount of ONE MILLION (1,000,000) CFA FRANCS to First Class Private of the Land Army IGNACIO ASEKO NGUEMA, who was then the Military Paymaster for this district of Bata, as a loan to the officers of the military—and the amounts loaned would later de credited at a 30 % discount to obtain benefits from same. Proof of said facts is contained in the files of this proceeding. ELIAS OVONO NGUEMA declared that the acts of Parliament are simply theatrical and ineffective. Another contact of the Minister of State for Education and Science, the Honorable ANTONIO FERNANDO NVE NGU, informed CIPRIANO NGUEMA MBA of his support due to the lack of decision on the part of the President of the Republic. He showed him the evidence that was published in the General State Budget for the year 2002; after it had been approved by all the Bodies of Government it was denied by the Prime Minister and Head of Government and the General Treasurer. He also was in contact with military commanders such as Rear Admiral INOCENCIO NGOMO ONDO, Colonel PANCRACIO NGUEMA EKUA, Lieutenant Colonels JESUS NVONO NGOMO, FLORENCIO ELA BIBANG, and FRANCISCO MBA MENDAMA (a) EFEPULE. During their conversation, this last individual named provided CIPRIANO with the information on the location of the greatest number of arms in the City of Mongomo. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    <u>SECOND FINDING.</u> The above-named CIPRIANO NGUEMA MBA, in order to carry out the coup, was in contact with military officials, junior officials, classes and troops, as well as former military officers such as Land Army Captain DANIEL MBA ONDO, National Guard Lieutenant JUAN NDONG MBA (a) TOHOTO, Land Army Ensign SALVADOR ONDO NGUEMA, Navy Ensign ANTONIO OBAMA BIYOGO, Land Army Brigade Commander FELIPE NDONG MIA,

….////….

Exhibit 3
Page 35

-7-

Brigade Commander of the National Police, ANDRES PEDRO EDU EDU, Army Sergeant BENJAMIN MARIA MBA, Corporal of the National Police GERMAN MBA, FELIX NGUE MBA, DIOSDADO NCOGO ASUMU, ANTONIO NDONGO ONDO, CEISO MBA ESONO, JOSE ANTONIO MBA NGUEMA, Navy Corporal DIEGO EKUA OBIANG, Former Army Second Lieutenant ALFONSO MILAM NGUEMA, Privates of the same Force TADEO ABONA ONDO, JUAN NGUA EKORO, MARIA NIEVES AVOMO ABAGA, FELIX NTUTUMU ABESO, DANIEL MBA NCOGO, MARCELINO ONDO NTUTUMU, MIGUEL ASU MESIE, FERNANDO OBAMA NSUE, Agents of the National Police FLORENCIO ONA MENGUE, JESUS TOMAS ABESO ANDEME, Air Force Private FLORENCIA ESONO MBA, Navy Seaman Second Class REGINALDO ONDO NGUEMA, Policeman First Class IGNACIO MTOGO NDONG, former Chief of the National Police, DANIEL OBAMA OBIANO OKAN, former Army Brigade Commander AFRODISIO MBA NDONG, Army Second Lieutenant, retired, FELICIANO MIKO BIBANG and the Recruits from the Military Academy of Ekuku EMILIO NDONG NGUEMA OBNO, JUAN MBA MENGUE, EMILIO NDONG NGUEMA OYANA; none of whom informed their Chiefs of the attempted coup; CIPRIANO NGUEMA MBA likewise was in contact with LUIS NTUTUMU OBIANG BERNY, who was one of the other operators of the planned coup; FAUSTINO ELA OBIANG, ALBERTO MICHA MBA ANDEKE and WENCESLAO MBA NDONG, who even though they are civilians did not inform the competent Authorities. With respect to ESTANISLAO MICHA NGUEMA, he was informed of the situation that was to occur by his cousin LUIS NTUTUMU OBIANG BERNY, and also failed to inform the Authorities. During the investigations the former Army Lieutenant Colonel FLORENCIO ELA BIBANG threatened the Process Server with a weapon at the time of his requirement.

THIRD FINDING: That in view of the failure of the plans of CIPRIANO NGUEMA MBA, after collecting the amount of THREE HUNDRED FIFTY FIVE MILLION EIGHT HUNDRED SIXTY SEVEN THOUSAND SEVEN HUNDRED SIXTY FIVE (355,867,765) CFA FRANCS from the Public Treasury for the work of the Military personnel of the Continental Region, he divided part of said sum to his followers and the rest he embezzled, delivering the amount of (30,630,900) CFR FRANCS to Spanish citizen Mr. CANU to be sent to his personal account in Spain. All of these facts are set forth in the statements of witnesses and have not been refuted in the above proceeding.

That Navy Commander and Director of the Military Academy of Ekuku, DEMETRIO BOSEPA SOLEBAPA, having contacted the Academy Officers of the Change of Guard on December sixth two thousand three, which date was set as the date for the coup d'etat, did not take any measures against

…..////…..

Exhibit 3
Page 36

-8-

them with regards to this change in service without his consent, despite the fact that he had been informed Inspector General Air Force Colonel of the attention to be made by this Command in its Unit on that day.

That former Army Private ANTONIO OKURU OVONO, who, knowing that the employee of the Banco BEAC, ANGEL NDONG ANDEME together with MARCELINO MBA OVONO were part of the planned coup led by CIPRIANO NGUEMA MBA, opted to demand that ANGEL NDONG ANDEME pay the amount of 1,000,000 CFA FRANCS, stating that in the event he did not make that payment he (Okuru Ovono) would denounce him (Ndong Andeme) of knowing of the planned coup. When he (Ndong Andeme) stated that he could not pay the full amount at that time, and delivered the amount of 500,000 CFA FRANCS, to keep him (Okuru Ovono) would not make that accusation. That LUCIANO ONDO BITEGUE PUNTY who is part of the Presidential Security guard, knowing of the planned coup d'etat planned by the oft mentioned CIPRIANO NGUEMA MBA did not inform his superiors of same, but simply drew the attention of his superiors to the detention of LUIS NTUTUMU OBIANG BERNY, which fact led to his decision to flee. The so-called WENCESLAO OVONO OBAMA CHACHO acted in a like manner, acting as the liaison with those planning the coup d'etat planned and discussed herein.

FOURTH FINDING: That these facts have been proven by the Military Court.

FIFTH FINDING: That the Public Prosecutor in its preliminary conclusions that were made permanent found that the facts set forth above constitute the crimes of ATTACKS AGAINST NATIONAL SECURITY in the form of ATTEMPTED REBELLION which is described and penalties set forth in Article 286-1st and 2nd, 287, 288, 289, 290 and 291 of the Code of Military Justice; MAJOR FRAUD which is typified and sanctioned in Article 403-2nd, RESISTANCE TO THE ARMED FORCES 309 and 310; and NEGLIGENCE pursuant to Article 391-1st, all of the Code of Military Justice; and requested that the defendant CIPRIANO NGUEMA MBA as guilty of the crimes of REBELLION and FRAUD be sentenced to SPECIAL IMPRISONMENT FOR LIFE as accordance with Articles 287 and 288 of the Code of Military Justice, and to pay the fine of FIVE HUNDRED MILLION (500,000,000) CFA FRANCS to be deposited to the Public Treasury. That the co-defendants guilty of Rebellion be sentenced to IMPRISONMENT FOR TWENTY YEARS with permanently discharged from military service in accordance with Article 290 of the Code of Military Justice; and the accomplices of the crime of Rebellion be sentenced to TEN YEARS OF MILITARY IMPRISONMENT and permanently discharged from service, in accordance with Article 290 of the same legal text; that those guilty of covering up the crime be sentenced to SIX YEARS OF IMPRISONMENT with the corresponding accessory legal consequences; and those guilty of the crime of FRAUD be condemned to THREE YEARS OF MILITARY PRISON;

……//////……

Exhibit 3

Page 37

-9-

that those guilty of the crime of NEGLIGENCE be ordered to FOUR YEARS OF IMPRISONMENT, Article 391 of the Code of Military Justice; and those guilty of the crime of RESISTANCE TO THE ARMED FORCES be sentenced to FOUR YEARS OF IMPRISONMENT pursuant to Articles 309 and 310 of the Code of Military Justice, all with credit for the time served in preventive imprisonment. As civil liability the defendant CIPRIANO NGUEMA MBA shall restitute the amounts the amounts object of FRAUD to the Public Treasury, in the amount of THREE HUNDRED FIFTY FIVE MILLION EIGHT HUNDRED SIXTY SEVEN THOUSAND SEVEN HUNDRED SIXTY FIVE (355,867,765) CFA FRANCS.

SIXTH FINDING: The Defender of defendants ELIAS OVONO NGUEMA, POLICARPO MONSUY MBA and ANGEL NDONG ANDEME in his provisional conclusions which were made permanent, stated his complete disagreement with the provisional conclusions entered by the Public Prosecutor, stating that they were completely unrelated to his defendants and further indicating that no liability of any kind should be found against his clients. He requested that his clients be completely absolved. The Defender of defendant FRANCISCO MBA MENDAMA EFEPULE in his provisional conclusions that were made permanent stated his disagreement with the Public Prosecutor and requested that his client be fully absolved. The Defender of defendants ESTANISLAO MICHA NGUEMA and DANIEL OBAMA OBIANG OKAN in his provisional conclusions that were made permanent stated his complete disagreement with the Public Prosecutor. He further demonstrated with respect to the defendant ESTANISLAO MICHA NGUEMA that his client had suffered a theft of EIGHT MILLION THREE HUNDRED THOUSAND (8,300,000) CFA FRANCS at the time of his arrest, plus SIX HUNDRED (600) EUROS and the case that held all of his documentation, which should be returned as they bear no relation of any kind with the alleged acts. He therefore requested that his client be completely absolved. The Defender of LUCIANO ONDO BITEGUE PUNTY in his provisional conclusions that were made permanent stated his complete disagreement with all the sections presented by the Public Prosecutor, stating that his client could not have been guilty of a cover up in accordance with the terms of Article 8 paragraph 11 of the Criminal Code with regard to Article 186-11th of the Code of Military Justice, and requested that his client be fully absolved. The Defender of JESUS NVONO NGOMO, DANIEL MBA ONDO, ESTANISLAO MICHA NGUEMA, ANTONIO [illegible], DIOSDADO NCOGO ASUMU, SILVESTRE NDUMU [illegible] in his provisional conclusions which were made permanent stated his partial agreement with the four sections of the Public Prosecutor, and requested that his clients [illegible] MBA ONDO, DIOSDADO NCOGO ASUMU, JESUS [illegible] and ANTONIO OBAMA be reduced to 1/3 of the sentence, and that with regard to his client ESTANISLAO MICHA NGUEMA that the Court

…///…

Exhibit 3
Page 38

-10-

in considering the content of Article 200 of the current Code of Military Justice; He likewise requested that SILVESTRE NDUMU EYA OKOMO be fully absolved. The Defendant of DEMETRIO BOSEPA SOLEBAPA, BENJAMIN MARIA MBA, FLORENCIO ONDO NGUEMA, ANDRES PEDRO EDU EDU, REGINALDO ONDO NGUEMA, MIGUEL ASU MESIE, SALVADOR ONDO NGUEMA, and ANTONIO OKURU OVONO in his provisional conclusions that were made permanent stated his agreement with the first, second and third sections of the Public Prosecutor, appreciating the circumstances that change of the original liability, paragraphs 5th and 7th of Article 186 of the Code of Military Justice, and requested that his client DEMETRIO BOSEPA SOLEBAPA be completely absolved and once again incorporated in his position of service; that the sentence entered against his clients BENJAMIN MARIA MBA, SALVADOR ONDO NGUEMA be reduced to FOUR YEARS OF IMPRISONMENT and the rest to ONE YEAR OF IMPRISONMENT. The Defender of PANCRACIO NGUEMA EKUA, FIORENCIO ELA BIBANG, JUAN NDONG MBA TOHOTO, LUIS NTUTUMU OBIANG BERNY, GERMAN MBA MBA, WENCESLAO MBA NDONG, ANGEL OBAMA ESONO, AFRODISIO MBA NDONG, LORENZO ESONO MBA, EMILIO NDONG NGUEMA, ALFONSO MILAM NGUEMA, FELICIANO MIKO BIBANG, FAUSTINO ELA OBIANG, ANTONIO NDONG ONDO, IGNACIO MOTOGO NDONG, DANIEL MBA NCOGO, FELIX NTUTUMU ABESO and FERNANDO OBAMA N[S]UE, in his provisional conclusions that were made permanent stated his partial agreement with the Public Prosecutor, considering paragraphs 7th and 9th of Article 186 of the Code of Military Justice as modifying circumstances of the criminal liability; and he requested that his clients PANCRACIO NGUEMA EKUA, FAUSTINO ELA OBIANG AND WENCESLAO MBA NDONG be completely absolved; that FAUSTINO ELA OBIANG be held in Military Arrest for THREE MONTHS for irregularities with the Instruction; that the sentence entered against GERMAN MBA MBA, ANGEL OBAMA ESONO, FELICIANO MIKO BIBANG, ALFONSO MILAM NGUEMA, ANTONIO NDONG ONDO, FELIX NTUTUMU ABESO, DANIEL MBA NCOGO, IGNACIO MOTOGO NDONG, EMILIO NDONG NGUEMA, FERNANDO OBAMA NSUE AND AFRODISIO MBA NDONG be reduced by 70%; that the sentence entered against LUIS NTUTUMU OBIANG BERNY and JUAN NDONG MBA TOHOTO be reduced by 50%. The Defender of MARCELINO ONA NTUTUMU, FELIPE NDONG MIA, TADEO ABONA ONDO, FRANCISCO EDU MICHA, JOSE MARIA MBA NGUEMA, FELIX NSUE MBA, DIEGO EKUA OBIANG, ALBERTO MICHA MBA, MARIA NIEVES AVOMO, EMILIO NDONG NGUEMA, JESUS TOMAS ABESO and WENCESLAO OVONO OBAMA in his provisional conclusions which were made permanent agreed with the Public Prosecutor, considering the modifying circumstances for criminal liability in paragraphs 7th and 9th of Article 186 of the Code of Military Justice, and request that the sentences entered against his clients be reduced by half; and that defendant INOCENCIO NGOMO ONDO, without procedural request.

. . . / / / . . .

Exhibit 3
Page 39

-11-

WHEREAS the facts set forth in the foregoing Results of this Sentence, and according to the opinion of the sentencing Court which after carefully examining the facts during the oral hearing found that the facts set forth above constitute the crimes of ATTACKS ON NATIONAL SECURITY in its form of an attempted REBELLION which is described with the penalties for same in Articles 286-1st and 2nd, 287, 288, 289, 290 and 291 of the Code of Military Justice; FRAUD which is set forth with the respective penalties in Article 403-2nd of the same Legal Text, in concordance with Article 402 of the Criminal Code currently in effect which textually states as follows: The Public Official who directly or indirectly demands greater rights than those that are stated by reason of his title shall be punished, without prejudice to the repayments which he may be required to make for any other concept, with a file of four times the amount demanded; and FRAUD as set forth with the penalties for same in Article 528 of the Criminal Code.

WHEREAS those responsible for said crimes are the following: those who commit the crimes of attempted REBELLION and FRAUD, the defendant CIPRIANO NGUEMA MBA; as likewise guilty of the crime of REBELLION defendants GERMAN PEDRO TOMO MAYO, LUIS NTUTUMU OBIANG BERNY, MARCELINO MBA OVONO DJUDJU, and CELSO MBA ESONO. As accomplices defendants SALVADOR ONDO NGUEMA, JUAN NDONG MBA TOHOTO, DANIEL MBA ONDO, GERMAN MBA MBA, DIOSDADO NCOGO ASUMU, DANIEL OBAMA OBIANG OKAN, DIEGO EKUA OBIANG, FELICIANO MIKO BIBANG, ALFONSO MILAM NGUEMA, FERNANDO OBAMA NSUE, MIGUEL ABU MESIE, BENJAMIN MARIA MBA, MARCELINO ONA NTUTUMU, FELIPE NDONG MIA, FRANCISCO EDU MICHA, REGINALDO ONDO NGUEMA, JOSE ANTONIO MBA NGUEMA and FELIX NSUE MBA NENIN; and for the cover up the defendants EMILIO NDONG NGUEMA OBONO, EMILIO NDONG NGUEMA OTANA, JESUS TOMAS ABESO ANDENE, FELIX NTUTUMU ABESO, MARIA NIEVES AVOMO ABAGA, JUAN MBA NGUEMA, AFRODISIO MBA NDONG, ESTANISLAO MICHA NGUEMA and ANTONIO OBAMA BIYOGO; as guilty of the crime of FRAUD defendant ANTONIO OKURU OVONO.

WHEREAS, sections 5th, 8th and 9th of Article 187 of the Code of Military Justice must be considered in appreciating certain circumstances that modify criminal liability, as well as the special aggravating circumstance of 194/4th of the same Body of Law.

WHEREAS, any person who is criminally responsible for a crime or omission is also civilly criminal under the terms of Article 202 of the Code of Military Justice.

WHEREAS, the time served in preventive arrest by the criminal during the course of this proceeding shall be fully credited against the sentences of imprisonment,

Exhibit 3
Page 40

… /// …

-12-

as if it had been fully served in accordance with the provisions of Article 217 of the above cited Legal Text.

WHEREAS, the Military Court will consider the proofs provided in accordance with their rational criteria, under the provisions of Article 787 of the Code of Military Justice.

WHEREAS Articles 187, 194-4th, 202, 217, 286, 287, 288, 289, 290, 291, 405-2nd, 787 of the Code of Military Justice; 402 and 528 of the current Criminal Code and other concordant general provisions, this Court

O R D E R :

That we must and we do hereby order the defendant CIPRIANO NGUEMA MBA, guilty of the crimes of attempted REBELLION and FRAUD, to THIRTY YEARS OF SPECIAL IMPRISONMENT IN ITS MAXIMUM FORM, with a fine of 1,423,466,850 CFA FRANCS to be deposited to the Public Treasury, as well as confiscation of his real properties and vehicles and special properties.

That we must and we do hereby order the defendants GERMAN PEDRO TOMO MAYO, LUIS NTUTUMU OBIANG BERNY, MARCELINO MBA OVONO DJUDJU AND CELSO MBA ESONO as also guilty of the crime of attempted REBELLION to TWENTY YEARS AND ONE DAY OF SPECIAL IMPRISONMENT as well as order the confiscation of the airplane and portable satellite telephones which were provided by the defendant GERMAN PEDRO TOMO MAYO.

That we must and we do hereby find defendants SALVADOR ONDO NGUEMA, JUAN NBONG MBA TOHOTO, DANIEL MBA ONDO, DIOSDADO NCOGO ASUMU, DANIEL OBAMA OBIANG OKAN, DIEGO EKUA OBIANG, FELICIANO MIKO BIBANG, ALFONSO MILAM NGUEMA, FERNANDO OBAMA NGUE, MIGUEL ASU MESIE, BENJAMIN MARIA MBA, MARCELINO ONA MTUTUMU, FELIPE NDONG MIA, FRANCISCO EDU MICHA, REGINALDO ONDO NGUEMA, JOSE ANTONIO MBA NGUEMA, AND FELIX NGUE MBA NENIN as accomplices to the crime of REBELLION, to TEN YEARS OF SPECIAL IMPRISONMENT.

That we must and we do hereby find the defendants [illegible] ABESO, MARTA NIEVES AVOMO ABAGA, JUAN MBA [illegible], AFRODISIO MBA NDONG, ESTANISLAO MIORA NGUEMA and ANTONIO OBAMA BIYOGO who are guilty of covering up said crimes, to SIX YEARS OF IMPRISONMENT with the corresponding accessory legal requirements of permanent discharge from service, all credited with the time served in preventive arrest because of this proceeding.

…///…

Exhibit 3
Page 41

-13-

That we must and we do hereby absolve and find the defendants ANTONIO NDONG ONDO, FAUSTINO ELA OBIANG, FLORENCIO ONDO MENGUE, DANIEL MBA NCOGO, JUAN NGUA EKORO, WENCESLAO OVONO OBAMA CHACHO, ANGEL OBAMA ESONO OBUNU, ANDRES PEDRO [illegible], FIORENCIO ESONO MBA, IGNACIO MOTOGO NDONG, WENCESLAO MBA NDONG, ALBERTO MICHA MBA ANDEKE, POLICARPO MONSUY MBA, INOCENCIO NGOMO ONDO, JESUS NVONO NGOMO, PANCRACIO NGUEMA EKUA, FRANCISCO MBA MENDAMA EPEPULE, ANTONIO FERNANDO NVE NGU, ELIAS OVONO NGUEMA, ANGEL NDONG ANDEME, LUCIANO ONDO BITEGUE PUNTY, SILVESTRE NDUMU EYA, FLORENCIO ELA BIBANG AND DEMETRIO BOSEPA SOLEBAPA, not guilty of the acts claimed against them in this Sentence.

We must and we do hereby order the defendant CIPRIANO NGUEMA MBA, as civil liability, to make restitution of the military payroll for the month of November of two thousand three in the amount of THREE HUNDRED FIFTY FIVE MILLION EIGHT HUNDRED SIXTY SEVEN THOUSAND SEVEN HUNDRED SIXTY FIVE (355,867,765) CFA FRANCS, corresponding to the Continental part.

That we must and we do hereby order the defendant ANTONIO OKURU OVONO as criminally responsible for FRAUD, to EIGHT MONTHS OF IMPRISONMENT with credit given for time served in preventive arrest by reason of this proceeding.

We declare, order and sign this Sentence.

[five signatures]

Exhibit 3
Page 42