UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONE GULFSTREAM G-V JET AIRCRAFT DISPLAYING TAIL NUMBER VPCES, ITS TOOLS AND APPURTENANCES,<br><br>　　　　Defendant. | CASE NO. 11-cv-01874-RC<br><br>**[PROPOSED] ORDER** |

### **[PROPOSED] ORDER**

Based on the concurrently filed Motion To Dismiss Verified First Amended Complaint For Forfeiture *In Rem*,

**IT IS HEREBY ORDERED:**

Claimants' Motion To Dismiss Verified First Amended Complaint For Forfeiture *In Rem* is **GRANTED;** the First Amended Complaint for Forfeiture In Rem is **DISMISSED WITH PREJUDICE**.

DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1