**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>ONE GULFSTREAM G-V JET AIRCRAFT )<br>DISPLAYING TAIL NUMBER VPCES, ITS )<br>TOOLS AND APPURTENANCES, )<br>)<br>  Defendant. )<br>_____ ) | Civil Action No.: 1:11-cv-01874-RC |

**[PROPOSED] ORDER**

Having considered Claimants' Motion to Dismiss the United States' Verified First Amended Complaint for Forfeiture *In Rem*, the United States' Memorandum in Opposition to the same, and Claimants' Reply, Claimants' Motion to Dismiss is DENIED.

DATED:

 

_____
Hon. Rudolph Contreras
United States District Court Judge