UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 11-1874 (RC) |
| | : | | |
| v. | : | Re Document No.: | 38 |
| | : | | |
| ONE GULFSTREAM G-V JET AIRCRAFT, | : | | |
| | : | | |
| Defendant, | : | | |
| | : | | |
| and | : | | |
| | : | | |
| EBONY SHINE INTERNATIONAL LTD. *et al.*, | : | | |
| | : | | |
| Claimants. | : | | |

### ORDER

**GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S MOTION TO COMPEL, FOR LIMITED EXPEDITED DISCOVERY, AND TO STAY CONSIDERATION OF CLAIMANTS' MOTION TO DISMISS**

Upon consideration of the Government's motion to compel, for limited expedited discovery, and to stay consideration of Claimants' motion to dismiss (ECF No. 38), it is hereby

**ORDERED** that:

1. The Government's motion to compel Claimants to supplement their responses to the Government's First Set of Special Interrogatories is **DENIED**. Given Claimants' response to the motion, the Government has not shown that the information it would obtain through supplementation will materially advance this matter.

2. The Government's motion for limited expedited discovery is **GRANTED**.

a. The Government is **GRANTED** leave to take up to two depositions.

b. The Government's request to serve document requests is **GRANTED**.

c. The expedited discovery shall be completed by **May 5, 2014**.

d. The parties shall submit a joint status report concerning the expedited discovery on or before **May 12, 2014**.

3. The Government's request to stay consideration of Claimants' motion to dismiss (ECF No. 31) is **DENIED** as unnecessary at this time.

**SO ORDERED**.

Dated: March 4, 2014
RUDOLPH CONTRERAS
United States District Judge